
DATE STAMP COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, et al., <br><br> Defendants. | CASE NO.: _____ <br><br> **RULE 7.1 CERTIFICATE** |

I, the undersigned, counsel of record for Capital Justice LLC and American Association for Justice, certify that to the best of my knowledge, Capital Justice, LLC is a wholly owned subsidiary of American Association for Justice, neither of which has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: November 14, 2007

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

Jeremy W. Schulman (DC Bar No. 481755)
David S. Wachen (DC Bar No. 441836)
11921 Rockville Pike
Rockville, Maryland 20852
(301) 230-5200

*Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*