CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAPITOL JUSTICE LLC., et al.   )
                               )
                               )
                               )
           Plaintiff           )
                               )
                               )
       v.                      )   Civil Case Number 07-2095 (RCL)
                               )
                               )
WACHOVIA CORPORATION, et al.   )   Category     M
                               )
                               )
           Defendant           )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on November 21, 2007 from Judge Emmet G. Sullivan to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
      Judge Lamberth & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓