AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  20 November 2007 |
| NAME OF SERVER *(PRINT)*  Christine L. Covington | TITLE  Private Investigator Associate |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:
327 Hillsborough Street, Raleigh, NC 27603-1725

Wachovia Corporation, Corporation Services Company
Registered Agent, Heather Hughes

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  21 November 2007
Date

Signature of Server

Blake Investigations, LLC
PO Box 91567
Raleigh, NC 27675-1567
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.