AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: 20 November 2007 |
| NAME OF SERVER *(PRINT)* Christine L. Covington | TITLE: Private Investigator Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Wachovia Bank NA, Corporation Services Company Registered Agent, Heather Hughes
327 Hillsborough Street, Raleigh, NC 27603-1725

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  21 November 2007
                   Date

Signature of Server: *Christine L C* (signed)

Blake Investigations, LLC
PO Box 91567
Raleigh, NC 27675-1567
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.