IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>WACHOVIA CORPORATION, et al.,<br><br>   Defendants. | CASE NO.: 1:07cv02905 RCL<br><br>**NOTICE OF FILING** |

  Plaintiffs Capitol Justice LLC and American Association for Justice, by their attorneys, Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby give notice that they have filed corrected Returns of Service, each bearing the case number and party served. Copies of the corrected Returns of Service are attached hereto as Exhibit A. Plaintiffs respectfully request that the Court substitute the corrected Returns of Service at Exhibit A for the Returns of Service filed on November 26, 2007.

                 Respectfully submitted,

Dated: November 27, 2007      SHULMAN, ROGERS, GANDAL,
                  PORDY & ECKER, P.A.


                _____/s/_____
                Jeremy W. Schulman (DC Bar No. 481755)
                11921 Rockville Pike
                Rockville, Maryland 20852
                (301) 230-5200

                *Attorneys for Plaintiffs Capitol Justice LLC and*
                *American Association for Justice*

AO 440 (Rev. DC - September 2003) Summons in a Civil Action    CASE NO. 1:07cv02095 RCL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 20 November 2007 |
| NAME OF SERVER *(PRINT)* Christine L. Covington | TITLE | Private Investigator Associate |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:  Wachovia Corporation, Corporation Services Company Registered Agent, Heather Hughes
327 Hillsborough Street, Raleigh, NC 27603-1725

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  21 November 2007     *[signature]*
    Date        *Signature of Server*

Blake Investigations, LLC
PO Box 91567
Raleigh, NC 27675-1567
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action   CASE NO. 1:07cv02095 RCL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 20 November 2007 |
| NAME OF SERVER *(PRINT)* Christine L. Covington | TITLE | Private Investigator Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Wachovia Bank NA, Corporation Services Company Registered Agent, Heather Hughes
327 Hillsborough Street, Raleigh, NC 27603-1725

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  21 November 2007        *[signature]*
            Date                     *Signature of Server*

Blake Investigations, LLC
PO Box 91567
Raleigh, NC 27675-1567
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action   CASE NO. 1:07cv02095 RCL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11-19-07 | |
| NAME OF SERVER *(PRINT)* William L. Owens | TITLE | |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: WACHOVIA CAPITAL MARKETS, LLC
   1090 Vermont Ave NW
   Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.    REGISTERED AGENT, CORPORATION SERVICES COMPANY

   Name of person with whom the summons and complaint were left: Tracey J. Butler
   Customer Service Rep.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-19-07      [signature]
             Date           Signature of Server

            Howard Ave
Address of Server  Kensington, MD.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action  CASE NO. 1:07cv02095 RCL

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11-19-07 |

| NAME OF SERVER (PRINT) William L. Owens | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: WACHOVIA SECURITIES, LLC
1090 Vermont Ave NW
Washington, DC

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   REGISTERED AGENT, CORPORATION SERVICES COMPANY,
Name of person with whom the summons and complaint were left: Tracey J. Butler
Customer Service Rep.

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-19-07
            Date         Signature of Server

Address of Server  Howard Ave
Kensington, MD

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action    CASE NO. 1:07vc02095 RCL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11-20-07 |
| NAME OF SERVER (PRINT) William L. Owens | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 10731 Normondie Farm Dr
   Potomac, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: SANDOR BIDERMAN

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-20-07
              Date                    Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.