**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>           Plaintiffs,<br><br>     v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>           Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**NOTICE OF APPEARANCE** |

    Please note the appearance of the below named attorney representing Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, and Wachovia Securities, LLC in the above-captioned matter.

    Respectfully submitted,

    /s/ Joseph R. Baker
Joseph R. Baker (D.C. Bar No. 490802)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101
Telephone:     (202) 263-3294
Facsimile:      (202) 263-3300
Email:            jbaker@mayerbrown.com