**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>　　　　　Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**NOTICE OF APPEARANCE** |

　　　Please note the appearance of the below named attorney representing Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, and Wachovia Securities, LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　  /s/ Reginald R. Goeke
　　　　　　　　　　　　　　　　　　Reginald R. Goeke (D.C. Bar No. 453613)
　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　1909 K Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC  20006-1101
　　　　　　　　　　　　　　　　　　Telephone:　(202) 263-3241
　　　　　　　　　　　　　　　　　　Facsimile:　(202) 263-3300
　　　　　　　　　　　　　　　　　　Email:　　　rgoeke@mayerbrown.com