**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>        Plaintiffs,<br><br>   v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>        Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**NOTICE OF APPEARANCE** |

Please note the appearance of the below named attorney representing Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, and Wachovia Securities, LLC in the above-captioned matter.

                                                Respectfully submitted,

                                                /s/ Mark W. Ryan
                                            Mark W. Ryan (D.C. Bar No. 359098)
                                            MAYER BROWN LLP
                                            1909 K Street, N.W.
                                            Washington, DC  20006-1101
                                            Telephone:    (202) 263-3234
                                            Facsimile:     (202) 263-3300
                                            Email:           mryan@mayerbrown.com