IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC<br>1050 31st Street, N.W.<br>Washington, D.C. 20007, and<br><br>AMERICAN ASSOCIATION FOR JUSTICE<br>1050 31st Street, N.W.<br>Washington, D.C. 20007,<br><br>    Plaintiffs,<br><br>  v.<br><br>WACHOVIA CORPORATION<br>301 South College Street<br>Charlotte, North Carolina 28288,<br><br>WACHOVIA BANK, N.A.<br>301 South College Street<br>Charlotte, North Carolina 28288,<br><br>WACHOVIA CAPITAL MARKETS, LLC<br>301 South College Street<br>Charlotte, North Carolina 28288,<br><br>WACHOVIA SECURITIES, LLC<br>901 East Byrd Street<br>Richmond, Virginia 23219, and<br><br>SANDOR BIDERMAN<br>10731 Normandie Farm Drive<br>Potomac, Maryland 20854,<br><br>    Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**JOINT STIPULATION AND MOTION<br>FOR EXTENSION OF TIME TO<br>RESPOND TO COMPLAINT** |

  Plaintiffs Capitol Justice LLC and American Association For Justice ("Plaintiffs") and

defendants Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, and

Wachovia Securities, LLC (the "Wachovia Defendants"), by and through their undersigned

counsel of record, and on behalf and with the consent of defendant Sandor Biderman (together

with the Wachovia Defendants, "Defendants"), jointly stipulate and move this Court to extend

the time for Defendants to file their initial responses in this action and the time for briefing of any motion to dismiss filed by a defendant as an initial response in this action. In support of their motion, the parties now state as follows:

1.  Plaintiffs filed a Complaint in the above-captioned case on or about November 14, 2007;

2.  Plaintiffs and Defendants have agreed that Defendants shall have until December 24, 2007 to file their initial responses in this action;

3.  Plaintiffs and Defendants have agreed that, in the event that any Defendant files a motion to dismiss as its initial response in this action, Plaintiffs' time to file a memorandum in opposition to such motion shall be extended to January 28, 2008, and Defendants' time to file a reply memorandum, if any, shall be extended to February 8, 2008; and

4.  No prior extensions have been granted.

WHEREFORE, Plaintiffs and Defendants hereby jointly stipulate to the foregoing schedule and respectfully request that the Court enter an Order so extending the time for Defendants to file their initial responses in this action and the time for briefing of any motion to dismiss filed by a defendant as an initial response in this action.

Respectfully submitted,

By:  /s/ David S. Wachen  
    Jeremy W. Schulman (D.C. Bar No. 481755)  
    David S. Wachen (D.C. Bar No. 441836)  
    SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.  
    11921 Rockville Pike  
    Rockville, MD 20852  
    Telephone:  (301) 230-5200  
    Facsimile:   (301) 230-2891  

    *Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*

By:  /s/ Reginald R. Goeke  
    Mark W. Ryan (D.C. Bar No. 359098)  
    Reginald R. Goeke (D.C. Bar No. 453613)  
    Joseph R. Baker (D.C. Bar No. 490802)  
    MAYER BROWN LLP  
    1909 K Street, N.W.  
    Washington, DC  20006-1101  
    Telephone:  (202) 263-3000  
    Facsimile:   (202) 263-3300  

    *Attorneys for Defendants Wachovia Corporation; Wachovia Bank, N.A.; Wachovia Capital Markets, LLC; and Wachovia Securities, LLC*

Dated:  December 6, 2007

## **CERTIFICATE OF SERVICE**

      I, Reginald R. Goeke, hereby certify that on December 6, 2007, I caused a true and correct copy of the foregoing Joint Stipulation and Motion for Extension of Time To Respond to Complaint and the attached Proposed Order to be filed electronically and served electronically through the court's CM/ECF System, and to be served by first class mail upon the following:

    SANDOR BIDERMAN
    10731 Normandie Farm Drive
    Potomac, Maryland 20854

Dated:  December 6, 2007

          /s/ Reginald R. Goeke
    Reginald R. Goeke (D.C. Bar No. 453613)
    MAYER BROWN LLP
    1909 K Street, N.W.
    Washington, DC  20006-1101
    Telephone:   (202) 263-3000
    Facsimile:    (202) 263-3300
    *Attorney for Defendants Wachovia Corporation;*
    *Wachovia Bank, N.A.; Wachovia Capital Markets,*
    *LLC; and Wachovia Securities, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the parties' Joint Stipulation and Motion for Extension of Time To Respond to Complaint, and the Court being duly informed of the premises, it is, on this ____ day of December, 2007,

1. ORDERED that Defendants shall have until December 24, 2007 to file their initial responses in this action; and it is further

2. ORDERED that, in the event that any Defendant files a motion to dismiss as its initial response in this action, Plaintiffs' time to file a memorandum in opposition to such motion shall be extended to January 28, 2008, and Defendants' time to file a reply memorandum, if any, shall be extended to February 8, 2008.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Copy to:   SANDOR BIDERMAN
              10731 Normandie Farm Drive
              Potomac, Maryland 20854

By ECF:   Jeremy W. Schulman
              David S. Wachen
              SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
              11921 Rockville Pike
              Rockville, MD 20852
              Telephone:(301) 230-5200
              Facsimile:  (301) 230-2891
              *Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*

              Mark W. Ryan
              Reginald R. Goeke
              Joseph R. Baker
              MAYER BROWN LLP
              1909 K Street, N.W.
              Washington, DC  20006-1101
              Telephone:(202) 263-3000
              Facsimile:  (202) 263-3300
              *Attorneys for Defendants Wachovia Corporation; Wachovia Bank, N.A.; Wachovia Capital Markets, LLC; and Wachovia Securities, LLC*