## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAPITOL JUSTICE LLC and AMERICAN
ASSOCIATION FOR JUSTICE,

       Plaintiffs,

   v.

WACHOVIA CORPORATION, WACHOVIA
BANK, N.A., WACHOVIA CAPITAL
MARKETS, LLC, WACHOVIA SECURITIES,
LLC, and SANDOR BIDERMAN,

       Defendants.

Civil Action No. 1:07-cv-02095-RCL

**ORDER**

This matter having come before the Court on the parties' Joint Stipulation and Motion for Extension of Time To Respond to Complaint, and the Court being duly informed of the premises, it is, on this 10th day of December, 2007,

1.     ORDERED that Defendants shall have until December 24, 2007 to file their initial responses in this action; and it is further

2.     ORDERED that, in the event that any Defendant files a motion to dismiss as its initial response in this action, Plaintiffs' time to file a memorandum in opposition to such motion shall be extended to January 28, 2008, and Defendants' time to file a reply memorandum, if any, shall be extended to February 8, 2008.

    SO ORDERED.

   Signed by Royce C. Lamberth, United States District Court, on December 10, 2007.

Copy to:    SANDOR BIDERMAN
            10731 Normandie Farm Drive
            Potomac, Maryland 20854


By ECF:     Jeremy W. Schulman
            David S. Wachen
            SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
            11921 Rockville Pike
            Rockville, MD 20852
            Telephone:(301) 230-5200
            Facsimile: (301) 230-2891
            *Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*

            Mark W. Ryan
            Reginald R. Goeke
            Joseph R. Baker
            MAYER BROWN LLP
            1909 K Street, N.W.
            Washington, DC  20006-1101
            Telephone:(202) 263-3000
            Facsimile: (202) 263-3300
            *Attorneys for Defendants Wachovia Corporation; Wachovia Bank, N.A.; Wachovia
            Capital Markets, LLC; and Wachovia Securities, LLC*