AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAPITOL JUSTICE LLC, et al.,

        Plaintiff(s)    )    **APPEARANCE**

vs.    )    CASE NUMBER    1:07-cv-02095-RCL

WACHOVIA CORP., et al.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   David S. Wachen   as counsel in this
                             (Attorney's Name)

case for:   Plaintiffs Capitol Justice LLC and American Association for Justice.
                (Name of party or parties)

December 11, 2007
Date

_[signature]_
Signature

441836
BAR IDENTIFICATION

David S. Wachen
Print Name

Shulman Rogers Gandal Pordy & Ecker, PA, 11921 Rockville Pike
Address

Rockville, MD  20852
City    State    Zip Code

301-230-5200
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2007, I caused to be: (1) electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all parties receiving by electronic means, in accordance with Local Civil Rule 5.3; and (2) sent by first-class U.S. mail, postage prepaid, the foregoing Notice of Appearance to *pro se* Defendant Sandor Biderman, 10731 Normandie Farm Drive, Potomac, Maryland 20854.

*s/ David S. Wachen*
David S. Wachen