IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>　　　　　Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**CERTIFICATE UNDER LCvR 7.1** |

　　　　I, the undersigned counsel of record for Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, and Wachovia Securities, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, or Wachovia Securities, LLC, which have any outstanding securities in the hands of the public:

　　　　　　**Wachovia Corporation**

　　　　These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ Reginald R. Goeke
　　　　　　　　　　　　　　　　　　　　Reginald R. Goeke (D.C. Bar No. 453613)
　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　1909 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20006-1101
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 263-3241
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Wachovia Corporation; Wachovia Bank, N.A.; Wachovia Capital Markets, LLC; and Wachovia Securities, LLC*

December 12, 2007