IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE,<br><br>      Plaintiffs,<br><br>      v.<br><br>WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA CAPITAL MARKETS, LLC, WACHOVIA SECURITIES, LLC, and SANDOR BIDERMAN,<br><br>      Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**NOTICE OF APPEARANCE** |

      Please note the appearance of the below named attorney representing Sandor Biderman in the above-captioned matter.

      Respectfully submitted,

      /s/ Mark W. Ryan
      Mark W. Ryan (D.C. Bar No. 359098)
      MAYER BROWN LLP
      1909 K Street, N.W.
      Washington, DC  20006-1101
      Telephone:    (202) 263-3234
      Facsimile:    (202) 263-3300
      Email:    mryan@mayerbrown.com

Dated: January 3, 2008