IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WACHOVIA CORPORATION, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**JOINT STIPULATION AND MOTION TO EXTEND TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

　　　　Plaintiffs Capitol Justice LLC and American Association For Justice ("Plaintiffs") and Defendants Wachovia Corporation, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, Wachovia Securities, LLC, and Sandor Biderman ("Defendants"), by and through their undersigned counsel of record, jointly stipulate and move this Court to extend the time for briefing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. # 21), which was filed on January 3, 2008. In support of the instant Motion, the parties state as follows:

　　　　1.　　Plaintiffs filed a Complaint in the above-captioned case on or about November 14, 2007;

　　　　2.　　Plaintiffs filed an Amended Complaint as of right on December 14, 2007;

　　　　3.　　In response, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint (Doc. # 21) on January 3, 2008;

　　　　4.　　Plaintiffs and Defendants have agreed to extend Plaintiffs' time to file a memorandum in opposition to Defendants' motion until January 28, 2008, and to extend Defendants' time to file a reply memorandum, if any, until February 11, 2008;

　　　　5.　　No prior extensions have been granted regarding Defendants' Motion to Dismiss Plaintiffs' Amended Complaint;

6. By Order dated December 10, 2007 (Doc. # 14), the Court granted the parties' request to extend the time for Defendants to respond to the original Complaint and subsequent briefing in the event that Defendants filed a motion to dismiss. In accordance with Rule 15(a)(3) of the Federal Rules of Civil Procedure, that Order was effectively rendered moot when Plaintiffs filed their Amended Complaint on December 17, which allowed Defendants to file their Motion to Dismiss Plaintiffs' Amended Complaint on January 3;

7. The dates in the briefing schedule that the parties have agreed upon for Defendants' pending motion are almost identical to the dates permitted by the Court in its December 10 Order. The date for Plaintiffs' opposition brief would be the same, and the date for Defendants' reply brief would be Monday, February 11, instead of Friday, February 8.

WHEREFORE, Plaintiffs and Defendants hereby jointly stipulate to the foregoing schedule and respectfully request that the Court enter an Order extending the time for filing Plaintiffs' memorandum in opposition to Defendants' Motion to Dismiss to January 28, 2008, and the time for filing Defendants' reply memorandum, if any, to February 11, 2008.

Respectfully submitted,

By: *s/David S. Wachen*
Jeremy W. Schulman (D.C. Bar No. 481755)
David S. Wachen (D.C. Bar No. 441836)
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
11921 Rockville Pike
Rockville, MD 20852
Telephone: (301) 230-5200
Facsimile: (301) 230-2891

*Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*

By: *s/Joseph R. Baker*
Mark W. Ryan (D.C. Bar No. 359098)
Reginald R. Goeke (D.C. Bar No. 453613)
Joseph R. Baker (D.C. Bar No. 490802)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants Wachovia Corporation; Wachovia Bank, N.A.; Wachovia Capital Markets, LLC; Wachovia Securities, LLC; and Sandor Biderman*

Dated: January 7, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:07-cv-02095-RCL <br><br> **[PROPOSED] ORDER** |

This matter having come before the Court on the parties' Joint Stipulation and Motion to Extend Time for Briefing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and the Court being duly informed of the premises, it is, on this ___ day of January, 2008,

ORDERED that Plaintiffs' time to file a memorandum in opposition to Defendants' Motion to Dismiss (Doc. # 21) shall be extended to January 28, 2008, and Defendants' time to file a reply memorandum, if any, shall be extended to February 11, 2008.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE