# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>WACHOVIA CORPORATION, *et al.,*<br><br>        Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**ORDER** |

This matter having come before the Court on the parties' Joint Stipulation and Motion to Extend Time for Briefing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, and the Court being duly informed of the premises, it is, on this 7th day of January, 2008,

ORDERED that Plaintiffs' time to file a memorandum in opposition to Defendants' Motion to Dismiss (Doc. # 21) shall be extended to January 28, 2008, and Defendants' time to file a reply memorandum, if any, shall be extended to February 11, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 7, 2008.