**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:07-cv-02095-RCL |
| WACHOVIA CORPORATION, *et al.,* | |
| Defendants. | |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN
FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Capitol Justice LLC and American Association for Justice (collectively "AAJ"), respectfully submit this Supplemental Memorandum in Further Opposition to Defendants' Motion to Dismiss. The purpose of this submission is to bring to the Court's attention recently discovered evidence that Defendants knew there was an exceptionally strong likelihood that Wachovia would not fund AAJ's loan at the time the Loan Commitment Agreement was executed, and they knowingly and/or intentionally made false statements to induce AAJ to enter that Agreement.

**Wachovia Knew of "Market Meltdown" Before Entering Loan Commitment**

Two days after Defendants filed their Reply brief in support of their Motion to Dismiss, Wachovia senior executives participated in a conference call with investors and analysts in which they admitted knowing, *before* entering into the Loan Commitment Agreement with AAJ on June 20, 2007, that the CMBS sector had experienced a "market meltdown." As a result of this "market meltdown," the executives acknowledged that Wachovia had quietly begun "pulling

back" from CMBS commitments "in early 2007." (*See* Wachovia Fixed Income Investor Update Conf. Tr. (2/13/2008) ("Wachovia Tr.") (Ex. A).)

During the call, in response to an inquiry about how Wachovia was able to limit its exposure to the downturn in the CMBS market given its industry-leading position, Wachovia's Chief Risk Officer boasted that "at the beginning of '07, [Wachovia] recognized the markets were pretty frothy," "began pulling back the business in early '07," and was "aggressive" in its retreat that summer. (Wachovia Tr. at 20-21.) Wachovia's Chief Financial Officer further revealed, "As we began to see some frothiness in the [CMBS] market in 2007, we really backed away in a pretty meaningful way." (*Id.* at 6.) Indeed, Wachovia did so to such a degree that it moved from first to fifth place in the market, representing "a pretty significant departure from [its] industry leading position." (*Id.*) Wachovia's CFO admitted that the bank began "to see the [CMBS] *market meltdown* in the second quarter" of 2007 (*id.* (emphasis added)), just as it was issuing AAJ's Loan Commitment Agreement at the end of the second quarter, on June 20, 2007. (Am. Compl. ¶ 67.)

These statements confirm AAJ's allegations that Defendants secretly knew about the CMBS market meltdown and were already pulling out of CMBS deals at the same time that they were assuring AAJ that it should have "no worries" about the CMBS market and Wachovia's ability and intent to make (and securitize) the AAJ loan. (Am. Compl. ¶¶ 54, 60-65, 68.) It is now clear that, in light of Defendants' secret intentions, knowledge and actions, there was, in fact, much for AAJ to be worried about. Likewise, when Defendants represented to AAJ that the ambiguous "material adverse change" clause in the Loan Commitment Agreement could be invoked only in the case of an unforeseeable, "9/11-type meltdown" of the capital markets (Am. Compl. ¶ 60), Defendants secretly knew that the CMBS market was *already* experiencing a

"market meltdown."  Ironically, at the same time Defendants made a series of representations to AAJ severely downplaying the risks that Wachovia would not be able to proceed with the AAJ loan, Wachovia's Chief Risk Officer was not only aware of the extraordinary CMBS-related risks confronting the bank, but was plotting and implementing "aggressive" steps to diminish them, including backing out of CMBS loan transactions.

Defendants concede, as they must, that AAJ states a claim for fraud if it alleges that Defendants "secretly harbored an intent *contrary* to that which [they] stated, or knew of facts that would *prevent* the occurrence of the event predicted."  (Reply Br. at 9 (emphasis in original).)  As alleged in the Amended Complaint and as now confirmed by Wachovia's senior executives, that is precisely what happened.  Before entering into the Loan Commitment Agreement, Wachovia had no real intention of making the Loan (or, at a minimum, knew it was highly unlikely that it would make the Loan) in light of the CMBS market meltdown, and misrepresented its knowledge and present intentions as well as the actual and foreseeable state of the CMBS market—about which Wachovia, given its role and standing in the market, clearly possessed information not available to AAJ or the public.  (Am. Compl. ¶¶ 54-59, 60-65, 68; c*f.* Reply Br. at 11.)  Indeed, it is now clear that Wachovia even misrepresented its CMBS leadership position, since, according to its CFO, it had already fallen "significant[ly]" to fifth place among its peers at the time of its dealings with AAJ.  (*Compare* Am. Compl. ¶ 62 *with* Wachovia Tr. at 6.)

These recent revelations provide additional, powerful (not to mention "plausible"[1]) support for AAJ's fraud and negligent misrepresentation claims, which AAJ has properly stated

---

[1] *Cf.* Reply Br. at 2.

as a matter of law.[2]  In a similar context, a federal court in another recent case found that a commercial real estate lender's attempt to avoid making a loan at a locked interest rate by invoking a similar "material adverse change" clause "smacks of fraud."  *Langley v. Prudential Mort. Cap. Co.,* Civ. Action No. 07-cv-404-JMH, 2007 WL 4365423, at *4 (E.D. Ky. Dec. 12, 2007).  In granting a preliminary injunction against the lender, the court found that the aggrieved borrower had demonstrated a likelihood of success on the merits of his fraud allegations.  (*Id.*)[3]  Notably, the court reached this conclusion notwithstanding the presence of an integration clause similar to that found in the Loan Commitment Agreement here.

For these additional reasons, the Court should deny Defendants' Motion to Dismiss.

Dated:  March 17, 2008                    Respectfully submitted,

                                          _____*s/Jeremy W. Schulman*_____
                                          Jeremy W. Schulman (D.C. Bar No. 481755)
                                          David S. Wachen (D.C. Bar No. 441836)
                                          SHULMAN, ROGERS, GANDAL,
                                            PORDY & ECKER, P.A.
                                          11921 Rockville Pike
                                          Rockville, MD 20852
                                          Telephone:    (301) 230-5200
                                          Facsimile:    (301) 230-2891

                                          *Attorneys for Plaintiffs Capitol Justice LLC and*
                                          *American Association for Justice*

---

[2] To the extent the Court believes it is necessary, AAJ requests leave to amend its complaint to include additional allegations relating to Wachovia's statements during the February 13 conference call.

[3] In *Langley,* which was decided only on December 12, 2007 and, as a result, did not come to AAJ's attention until after the parties' briefs were filed, the Court found that "Plaintiffs have demonstrated a likelihood of success on the merits in that they have explained how Prudential engaged in a fraudulent transaction by agreeing upon interest rates with Plaintiffs but subsequently refusing to honor those rates."  *Id.*

EXHIBIT A



Visit us daily for the latest industry news and insight.
www.insurancenewsnet.com

insurance newsnet

Click to Print                                                    ☒ Close this Window

# Wachovia Corporation Fixed Income Update - Final

Copyright: CCBN, Inc. and FDCH e-Media, Inc.
Source: FD (FAIR DISCLOSURE) WIRE
Wordcount: 21088

JOHN HEINZ, SECURITIES OFFICER, WACHOVIA CORPORATION: Good morning. Thank you all very much for joining us here today. My name is John Heinz, I'm head of [High Grade Syndicate] for Wachovia Securities. Before we get started here this morning, just a couple of brief administrative items. The lawyers have asked that we make sure that you reference the cautionary statement on the back of the decks. Also there's a pen and paper on each table. We do need to ask you to please leave the books behind before you leave today. So you should be familiar with the drill by now, at this point. All of the information in the books can be downloaded off the web. Today's presentation is being webcast live, and there will be a replay available on the web as well. Finally, if you did not get a chance to sign in this morning, we please ask that you try to do so before you leave today. With that, let me introduce to you the senior management team from Wachovia Corporation who will be presenting today, Tom Wurtz, Chief Financial Officer, Don Truslow, Chief Risk Officer and Jim Bird, Treasurer of Wachovia Corporation. With that, I'll hand it over to you, Tom.

TOM WURTZ, CFO, WACHOVIA CORPORATION: Thanks, John, and good morning to all of you. I appreciate the fact that you braved it on this difficult weather day, and thanks all of you on the web for being with us as well. I think we have a very interesting presentation that should address a lot of the questions that might be on your mind, a lot of the rumors that have been in the marketplace we should put to rest, I hope, and also we'll have a suitable amount of time for questions at the end. So, feel free to think of questions, and we'll try to address them all.

In terms of 2008, if we look at our priorities, basically it's stick to our knitting, because when we take a look at it and think about the 110,000 people at Wachovia and what they've accomplished over the last year, the vast majority of those people were doing exactly what we've wanted them to do, and doing it in an exceptional fashion. So, we're not looking to have a significant course correction. Obviously there are certain areas where revenue will be challenged in the near term, and so we'll make appropriate moves in those areas, but fundamentally we like the model we have, and I think we can provide pretty good evidence that it's a very sound model for driving earnings into the future and doing it in a relatively predictable way. And so we'll continue to focus on customer service and loyalty that are two hallmarks of Wachovia. Sales management, there's a great opportunity to continue to penetrate our customer base.

And we'll be very focused on expenses. Obviously it's a more challenging environment, so we'll be very attentive to expenses, and I think we've done an exceptional job of really building an expense culture within Wachovia. And, you see that with an improvement in the efficiency ratio over the last several years. One of the areas that really distinguishes Wachovia is the extent to which we have cooperation across our business lines and you'll see some evidence of that, and the significant revenue that's generated as a result of those relationships, and I think that's really a distinguishing characteristic of our company. Because when you think about it, what's the sense of having all the businesses together if, in fact, there's no real synergies between them. And, I think we've really cracked the code on how to create those synergies, and it. produces real bottom-line results for us. We'll continue to take a look at risk-management practices and see what lessons we have learned.

It's a good opportunity with less business flow to take a look at some of the processes we have, take a look at the resources we have dedicated to it, the underlying infrastructure and systems and see what areas there can be enhancements. So, we'll focus on that over the course of the year. We'll continue to build capital over the course of the year.

As you're all aware we did two preferred issuances, one in December and one in January and brings us up to something that's had less than an 8% tier one ratio. However, we'll continue to build capital over the course of the year. And I'll come back and talk about capital a little bit, and Jim will as well. And then, finally, what we've done extraordinarily well in the past is integrate acquisitions, and we expect no departure from this practice when it comes to looking at the continuation of our efforts with Golden West, and with AG Edwards. What I'll say with Golden West, over this past weekend we did the final composite conversion and from a technical standpoint, it was absolutely seamless, as you've come to expect from us, and we couldn't be more pleased. When you take a look at what we laid as expectations for Golden West, and what we see today, is one glaring difference, and that is the state of the mortgage market is different, and we acknowledge that and that will create some challenges. When you take a look at every other aspect of the integration in terms of our ability to effectively use the Golden West branches, whether it's to embrace the culture of Golden West, and combine it with Wachovia in terms of the branch activities, that's worked extraordinarily well. There's good momentum there.

The ability to grow deposits, to accomplish everything we wanted from a regulatory standpoint, establish relationships with the Federal Home Bank System. They're very productive for us. So across the board, virtually everything has worked as we anticipated. We've got more than the expected cost base, and we've done it with lower onetime costs. So on that front we feel very good. A.G. Edwards continues to plug along as expected. We expect to get every bit of expense synergy that we anticipated. One of the big focus in the market is, gosh, what does broker retention look like? And the story there is we're right on tap for the revenue retention that we expected.

What we've seen is some of the younger brokers that have a few years in the business, and relatively modest size books of business are being pretty aggressively courted by some of our peers, and so we're seeing some of those folks make their way to other firms. But when you take a look at the revenue attrition, we're actually right on track or perhaps a little bit ahead of where we thought we would be at this point. In terms of the technical integration and so forth, things are going extremely well, and the cultural integration we couldn't be more pleased with in terms of the home office staff. It really seems to be working as a team at this point. So we feel very good on that front. In terms of taking a look at the company, what you would see is in, 2007, segment earnings, $7.8 billion, I would think you should think more, though, about a number closer to $6.3 billion, because this does not include the parent and our overprovisioning goes in the parent. So the reported GAAP earnings for the year were more like $6.3 billion. So the $7.8 billion, you see 70% of it is in the general bank.

General bank continues to do extraordinarily well with the one area of challenge remaining in the mortgage business. The wealth management business, relatively small component of our business, does very well. We're seeing that in the fourth quarter, we had record trust and advisory sales, record income for that segment, so it's a pretty attractive environment for wealth management. Capital management has done extraordinarily well. We'll share more of the statistics around it. But they continue to do a fantastic job at build the brokerage business in terms of the profitability metrics and bottom-line contributions, asset management continues to do well. And then, finally the area which has attracted an extraordinary amount of attention would be the corporate investment bank.

We wouldn't deny there's going to be challenges in certain business lines in the commercial real estate business, which was big for us, is going to be a much less impactful business line in 2008 than it may have been in past years. Structure products will also have some challenges, but I think we'll be able to give you a perspective on the revenue from those businesses, some of the things we can do to offset some of that, and I would think that the overall conclusion at the end of the day would

be, gosh, that really doesn't represent an extraordinary challenge, and we think the market has probably overestimated the impact of that. So as we take a look at the-- kind of the network in terms of branches, in terms of brokerage offices, lending offices and so forth, you can see we have a great footprint. 75% of the prior ten years GDP growth was within our footprint, number one banks in the southeast. 8.4% deposit weighted average population growth versus 6.3% for the U.S., also a wealthier footprint than the U.S. and 80% of future population growth is going to come from our footprint. And so we are really well positioned from that standpoint to enjoy some benefits relative to the average institution out there. I will go back to that in just a moment. One of the interesting things is when we take a look at the general bank and the activities in the general bank, at the end of the day, deposits are really the story in terms of where we make, and most of the industry makes, most of its money. And we do extraordinarily well on deposits.

We're going to show you a number of slides here. We'll show you how we fare compared to peers in the retail small business segment, the effectiveness of our de novo strategies, the introduction of new products, and we're doing very well in terms of market share in the areas that we operate. If you take a look at the top 75 MSAs, what you see is that over the last four years in, 72% of those MSAs, we've either grown or maintained market share. With 28% we've lost market share, and in those 28 where we lost and every one of them in the last 12 months, that's been a reversal of that trend, and we've actually improved over the last 12 months relative to the prior three years. So it really is an outstanding story in terms of deposits and how we're effectively competing. The reality is there's Internet banks. There's small entities that track some deposits. When we go head-to-head against the top 20 banks, what you see is that we out perform 90% of them in the markets where is we have head-to-head exposure. So a really positive story from that standpoint.

One of the hallmarks of our company has been holding on to customers. Attrition has been a great story for us. We probably lead the industry in terms of a low attrition rate, something between 10% and 11%. A lot of that, I think, is based on customer service, and I think probably we run the course in terms of customer service being a magnet to attract new customers, because it's fairly well known out there, but in terms of holding onto customers it does extraordinarily well. So we have to introduce new products, enter new markets, expand advertising, and so forth, to attract new customers, and that's what we're doing. And we've led the industry in terms of customer satisfaction, and I see no reason to think that that is going to reverse the trend from all of the effort we're going to put into it. And what we're really focused on now is loyalty, and you can see, since we established loyalty as a goal, the percentage of loyal customers, 53% in the fourth quarter, up appreciably from 40% in 2002, and we have a goal of 55%, which, I think, is well within reach.

Taking a look at deposits compared to peers. If you take a look at over the last five quarters, what you would see is that we've grown retail and small business core deposits 6%, and for reference, that compares to some very well run peers. J.P. Morgan was up 3%, Wells similar to us, Bank of America 4% and USB would actually be down over that particular time period. Our 2007 growth really came from strong sales management culture. We realigned incentives to really focus on deepening relationships with existing customers, with selling the core checking account, and not (inaudible) our own balances to do that. So attracting dollars from other institutions.

We had a dramatic improvement in net new checking account sales, 935,000 for the year, with 100,000 of those coming through the World Savings franchise. What's particularly attractive about that, is the fact we didn't actually do our deposit conversion in the World franchise until about November, and so the reality is, even in absence of marketing dollars being applied to it and the absence of the products set being in that franchise, just simply saying we really want checking accounts, really opened the flood gates, and we've had a real nice experience there. And the question may be, "Well, gosh, why is that?" The reality is Golden West didn't have a reason to want to attract low cost source of funds, because their loan portfolio was priced off the average cost of deposits. So simply attracting more low cost deposits, simply reduced the yield on their loan balances and their loan portfolio was larger than their deposit base. So it didn't really behoove them to try to

attract low-cost deposit.

Now we've successfully changed the definition of the indexes that underlies those loans to be a cost of CDs. Now we have great incentives to bring DVA balances and checking account balances and pass book savings and money market. And, that's what we're doing. So it really is a model that we think will work real well. In de novo branch expansion, we've continued to expand into the southwest in terms of Texas and California, and we also do input print additions in the southeast, and what you'll see in a moment is we've had extraordinary success there relative to peers. We continue to do that this year. We're not pulling back from the branch expansion plans. We'll do somewhere around 110, 115 branches this year, probably about 170, 180 next year. We've introduced a new product: Way to Save, we think it's going to be a very attractive product for customers, There's a big marketing initiative going on across the country. We have high hopes for that product.

And also, similarly to what I mentioned before about Golden West lack of desire to attract low-cost deposits, it wasn't their practice to require escrow on mortgage product, because again, all that simply did was lower their cost of funds which then translated to a lower loan yield. We're changing that and now essentially we would expect that almost every loan that we originate and put in portfolio will have escrow balances associated with it. So, we think that's effective from a couple things, one, it provides a low cost source of funding that wasn't previously available to us and will be a source of growth, and two, just from a risk management standpoint, I think it probably fair to have the escrow balances in house. In terms of same-store branch deposit growth, very attractive story. 8.5% for our sales versus the peer group, and you can see pretty handily out perform others. This would be for branches that have been opened three years or more, so the vast majority of our franchise.

In terms of de novo performance versus peers, as I mentioned before, we're extraordinarily pleased with the performance we get from the de novos, and we've had about 350 branches open since 2003, and if you take a look at our experience in terms of growing deposits, you would see that we handily out perform our peers in terms of getting up and running in new branches with deposit growth. At the end of the day, when we take a look at what we had in terms of expectations for the portfolio de novos, we're doing extraordinarily well. An average IRR of about 25%. 75% of the de novos exceed expectations, and when we take a look at those that aren't exceeding expectations, there's a few where simply the real estate was too expensive and such that will never really achieve the target return for that particular branch. It will still be a suitable economic return, but won't achieve the target, and other ones are just simply we need to change their sales management practices. We need different leadership.

Gosh, there's two branches that opened up in the interim between our planning phase and one that we implemented, and so it will just be a little different trajectory. But overall we feel that , again, you have probably somewhere around 95% of the branches are going to meet or exceed the estimates for the branches. I think that's extraordinary when you can deploy that much capital into an initiative and have that kind of success rate. We couldn't be more pleased with it. In terms of Wachovia Securities, this would be really the brokerage business, an extraordinary story there. You can see, looking at these graphs, the light blue would indicate the addition of. A.G. Edwards, and so that's the reason why a lot of these things all of a sudden have off -the-page trajectories, simply because we've had it in the acquisition, but if you take a look at broker client assets and look back to 2003 through the third quarter of '07, so prior to adding A.G. Edwards, what you see is 8% growth in client assets. You see 22% compound annual growth rate in our FDIC sweep balances, 840 basis point improvement in fee-based assets as it pertains to client assets, and a margin of 12.5% to 27%, which is pretty much in line with industry leaders. So from that standpoint, we couldn't be more pleased.

Now, when you take a look at the blue, you see, again, that we're now over the trillion dollar mark in broker -- or in client assets. On the FDIC deposit sweep in the fourth quarter, there was about five

billion of that product that was being swept into an FDIC account at. A.G. Edwards, and there remains a $20 billion opportunity that we will migrate to the FDIC product from a traditional money market product over the course of this year, and you'll see the evidence on that pretty much on a quarterly basis, and hopefully have that completed by the time we get to the end of the third quarter. In terms of fee-based assets as pursuant to client assets, we're up to about 20% when you take a look at across our portfolio, and some of our peers are closer to 28% to 30%. I don't think, at the end of the day, there's a whole lot of difference between our client and our brokers than the other folks. They just got started at it sooner, so I would expect that represents a very significant opportunity for us to continue to migrate in that direction, and. A.G.Edwards had had appreciably less, as you can see when you blend in. A.G. Edwards it moves down to about 17%, which would obviously indicate. A.G. Edwards was somewhere down around the 13%, 14% range.

And, so you can see there's a nice opportunity there as we give people a financial planning product, give them the training, and the awareness of why that's beneficial to their customers and beneficial to the broker. We think there's good outside there. And, you can see that obviously when you blend in. A.G. Edwards profit margin with our own, it brings it down pretty appreciably. And, we think there's a lot of that that will be addressed through sales practices, through the fee-based product that we're offering, through the efficiencies that we know how to get and than finally through the enhanced profitability of the FDIC sweep account. As I was mentioning earlier, really the only thing that makes sense about having these businesses under one holding company is if you get some benefit from synergies between them, and we get an enormous amount of benefit. You can see that between the corporate investment bank and the capital management group. You see a 46% year-over-year increase in revenues, and it was up to $650 million in 2007, and we have high hopes that will continue along that path in 2008.

In terms of selling commercial banking treasury services sales, that would be a link between the general bank and the corporate investment bank, you can see up 23% year-over-year. We're getting some good traction in terms of sale of bank products through the brokerage course. You can see deposits up 15%, loans up 48%, and we're really beginning to see some level of traction there. So we have high expectations that over time that will be meaningful. I don't want to sit here and try to mislead you and say, well gosh, the impact is $2.3 billion in deposits and $5.7 billion in loans is terribly impactful to the bottom line. In isolation that's not. But over time when you continue to grow at pretty rapid rates, it does become a modest size bank at the end of the day, and we have pretty high expectations that will continue on.

And also something we're doing particularly well is capturing IRA rollover assets. Our 401(k) processing business is now profitable on a stand-alone basis just from the processing fees we get from counter parties, and then you-- beyond that you get the benefit of capturing IRAs, you get the benefit of some of those dollars end up in evergreen's products that are selected as the investment options for those 401(k)s. So if you take a look over an extended time frame, going back to -- I think this was, yes, 2001, what you can see is that General Bank has grown revenue per share at about 6%, earnings about 12% per share, wealth management about 6% and 6%. The corporate investment bank, even though it had a very difficult time in 2007, you see that over time, its earnings per share have grown about 7% over the past six years, and finally, the capital management group has grown about 14% of the compound annual growth rate in terms of earnings per share. So a very attractive story from that standpoint.

Financial highlights. There's really nothing new here other than I would just focus, folks, on what I'd mentioned before. One slide where we show segment earnings, it was number around $7.8 billion and what I said is you should think more realistically about what the company earned as being $6.3 billion because that's the GAAP number.. And there's really nothing new on this slide that wasn't described pretty much in detail at the end of the fourth quarter. We earned $6.3 billion, paid dividends of $4.6 billion, maintained well capitalized balance sheet. As we mentioned we added some preferred stock in December, added some more in January. And there's been a lot of speculation

from folks saying, "Well, gosh, the reason you added some in January must be your outlook is that there's some tragedy on the horizon, and that's the reason you raised that capital," and I'm here to tell you that simply isn't true.

As we took a look at our debt spreads, they were obscene, and remain close to being obscene. And we take a look at the stock price, and it didn't reflect the value that we think is inherent in the franchise, and we came to the conclusion that both equity holders and debt holders will be rewarded by (inaudible) having a stronger capital position. We think that there's enough distractions out there that people are constantly worried about the dividend or constantly worried about some new impact coming to light that, we felt that if we added capital, it would be in the near term modestly diluted from an EPS standpoint, but ultimately, the reassurance of the capital would hopefully enhance the value for shareholders, and obviously from a debt holders perspective more capital is better. So we felt it was just an opportune time to acknowledge the fact that -- I don't think for a lot of financial services companies people are counting the pennies in terms of EPS, and we felt that in the short term it is very modestly diluted. In the longer term, I'm sure we can earn an 8% return on that incremental capital and we just felt it was a sensible thing to do, both for debt holders and equity holders, and we think it will be.

We raised, as I mentioned, our ratio about 8%, to a little under 8%, as of the second issuance of preferred stock, And, in spite of that being at a pretty high ratio relative to where we've maintained in the past, still over the course of the year, we intend to continue to build capital, and our share repurchase won't be a meaningful component of our -- of our equity plans over the course of the year. So we should end up with an awfully attractive capital base as we go across the year. In terms of just reviewing the market disrupted -- market disruption losses. If we focus on the last column, what you would see is we have $2.9 billion in total, and the two big components of that would be the ABSCDO and other sub prime-related of a little less than a $1.4 billion, and commercial mortgage of almost a $1.1 billion, and then consumer mortgage of 205, leverage finance is 180, and other 50 to be 2.9. Then we did purchase some assets out of our money market funds and marked those assets to market as we brought them on balance sheet. That's $57 million, and then just generic impairment losses in the parent, a total of about $90 million. And so, you end up with a total of about $3 billion on a pre-tax basis. In terms of -- Don will spend a fair amount of time talking about exposures and so forth. We really don't have a lot of remaining exposure.

You can see that we have $821 million of sub-prime ABSCDO related exposure, and then a $1.7 billion of sub-prime R&BS mortgage related that is primarily triple A and we think we've taken appropriately conservative marks on these positions, so we wouldn't anticipate this was going to be a meaningful story going forward. If you take a look at the commercial mortgage business, there's a lot of focus on this in the market. Our practice, which may have been lost on some folks, was to originate and distribute. So it was our routine practice to originate collateral and sell every bit of that structure into the market. And that has been the practice over a number of years. And as we began to see some frothiness in the market in 2007, we really backed away in a pretty meaningful way. Obviously not enough, because we ended up hung with some exposures. But if you look at the top 28 deals that were done in 2007 being deals that were over $500 million, we ranked fifth. And we had about 8% market share of that group of deals. And so you can see that's a pretty significant departure from the industry leading position that we would have had in the prior couple of years. As we began to see the market meltdown in the second quarter, had a little bit less than $20 billion of CMBS positions that were in mark to market accounts.

We took the $1.1 billion over the course of the year, which I described to you, and we've been very active in derisking the portfolio since then. Derisking is adding some more hedges, and the most effective way to derisk though is to sell. And we sold in a meaningful way, and in addition we have also taken some positions and put them back in the loan book. And, I think what you can take that is reassuring about that is that because we've sold significantly more than we've put in the loan book, that we know what the rate prices are for those securities.

And we take a look at the risk return profiles, those assets we put in the loan portfolio, what we would say is there's no asset we can originate today that is more attractive, and that's why we did it. And so, for example, in the domestic portfolio is about a $1.5 billion, $1.6 billion of the assets we put back in the-- held to the maturity portfolio, and the average LTV was 57%. So obviously we feel pretty comfortable with the 57% LTV portfolio. Also we had some assets that we originated in Europe, and the reality was, we were in the process of building a distribution platform in Europe that didn't really exist. We were originating assets. Probably looking back it probably would have been more prudent for us to just put them in a held maturity portfolio and then some day, when the distribution capability was in place, then go ahead and do a deal. But we did put them into a mark to market account, and after taking marks on those positions, we decided that, look again, these look like very attractive assets to us and moved to the home portfolio. So I think the reality is we're going to do what makes economic sense to us.

We have a good understanding from being a leader in the market, as to what the real values and the real risk profiles of these assets are, and we made a very good decision on moving these to the portfolio, and as the positions remain, now you can see we're down to a pretty modest level of exposure, something under $4 billion, and we'll continue to manage that exposure down over time as well, primarily through sales activities. In leveraged finance, again, I think a good story in terms of recognizing that there were challenges in the market, and as you look in 2006, what you see is that we're in roughly half of the top ten deals. If you look at 2007, we were in one of the top ten deals, and that was the tenth largest. So today we have about $9.1 billion of commitments, 1.9 of that is funded, $7.2 billion is committed, and we have minimal bridge equity exposure of $50 million.

A couple slides back -- I'll just go back there real briefly, you can see that in leveraged finance in the fourth quarter, we actually had a positive number, and that is a reflection of the hedges we have. And what I would tell you is we continue to actively hedge that portfolio, and clearly the last five weeks has been just cruel to the leverage finance market, and we're not excepted from that in any way. However, we were effective in putting hedges on, and we've managed the positions well. In a general sense -- not talking to anything in our portfolio, we stand ready to honor our commitments to fund all the deals we've made commitments on. The reality is, though, is as you step back and look broadly across the industry, there's a lot of deals that probably just won't get done, or a lot of deals that will be restructured from their current terms, and that may impact some of our deals, it may not. It's hard to say at this point, but I think from any standpoint, it probably represents some modest relief from the current circumstances. But overall we feel good about recognizing the frothiness of the market, really scaling back, and we've done an effective job of managing out of a difficult situation. So we feel pretty good from the leveraged finance standpoint.

If you take a look at corporate investment bank's 2008 earnings growth, let's look at the various businesses we're in, and add some commentary as to what's the impact of the market dislocations. Corporate lending, it's actually positive in the sense that we'll have spread widening, probably more line utilizations. Treasury and international trade finance, really not meaningfully impacted by what we're seeing in the market. Maybe there's some slight quality, and we derive some benefit from that. Investment banking, kind of the annuity-like businesses, and on your -- on your slide -- unfortunately not on mine, but on your slide it describes those annuity-like businesses that incorporate in that group. It's nor really meaningful. The relatively stable businesses not terribly impacted, and then the market disrupted businesses, obviously it's clearly negative, and primarily those would be the structured products business, the real estate business, and as an offset to that, though, we do think that we will have spread widening. We will have somewhat of a change of our model from originate and distribute to originate and hold, and there's some very attractively priced assets out there. So, overall we think there's probably about 13% of revenue at risk, a lot of that revenue would have been associated with traditional investment banking incentive programs and incentive payouts, and so it isn't terribly difficult in some circumstances to replace a lot of that with traditional carry income. So undoubtedly, the corporate investment bank is not going to achieve in 2008 what we might have hoped for at the beginning of 2007. But the reality is there's a lot good going on there, and with 50%

of the businesses really not being market oriented in our ability to recapture some of the net fees through carry, we just don't think it's a particularly troubling story from our standpoint.

In terms of expense management, you can see we're making nice progress on our efficiency ratio over a number of years, and it's gotten below 55% in the first half of 2007, but as you look at 2007 overall, pretty much a direct contradiction back up about 60%. That's really a reflection of simply the absence of revenue and the impact of market write-downs obviously is the equation is expenses over revenue and you take a lot of that revenue away it changes the ratio. Doesn't at all reflect any deviation from our practice of being focused on expense management. As we take a look at 2008 there's some good opportunities there. Obviously there's the full year cost savings from Golden West. And as I mentioned, we just did the conversion of the East Coast branches over this past weekend so, you'll see savings there. A.G. Edwards, we remain on track to achieve our goals there. We've done some great work in the vendor area, and over the last several years, have saved an incremental $100 million a year for the last several years, and there still remains some very attractive opportunities there.

In the second half of 2007, we took some very focused actions to reduce head count, and you'll see the full benefit of that over the course of 2008. And then, in terms of our balance sheet positioning, we've been concerned that the economy could be challenged for quite a while, and so probably since early 2007, we've positioned ourselves to be pretty significantly liability sensitive, meaning that we would benefit if rates -- short-term rates declined. In fact, that's what we've seen to date. We would expect some further, and so that was our most effective way of hedging some of this risk that we saw, both credit risk as well as revenue (inaudible) risk, was doing it through the rates market, just because there is so much more liquid, and we felt quite comfortable that we could use other tools in terms of deposit pricing and so forth to manage through a scenario if it turned out to be modestly different than we anticipated. But right now seems to be very consistent with what our expectations would be.

And so I'll finish up here with just in terms of kind of a walk-through of capital from the end of 2006 to where we find ourselves in the present term. You can see that we had net income of $6.3. I described acquisitions brought us capital at $4.2 billion, we had a loss hybrid capital issuance, retail preferred stock issuance, and the impact of options and then, of course, we paid our dividend, net change and disallowed intangibles, very modest share repurchase, which I wouldn't expect in 2008 and the impact of a lie low silo charge, $1.4 billion. When you add the $3.5 billion of preferred stock issuance that we did in January it brings us up to $47.1 billion of tier-one capital and a ratio of just under 8%. So we think we're well positioned from a capital standpoint. We think we have good strong momentum in our core banking activities and our brokerage business, asset management is performing well, our wealth management is performing well. Half of our capital markets business is more like traditional banking, and it's performing well. It's extraordinarily low credit risk, and then we have half of the business which would be more traditional, capital marks businesses, and we've kind of walked through why we think that there's a pretty decent story there. Overall, we feel well positioned for what could be a challenging environment in different markets, but we'll persevere and work through that. So with that I would turn it over to

DON TRUSLOW, CHIEF RISK OFFICER, WACHOVIA CORPORATION: Thanks, Tom, good morning. It has been a challenging environment, challenging markets. Not many boring moments. I thought I would spend just a little time this morning focusing on some key areas of risk management priorities for 2008. A lot of it is around credit, as you can imagine, most of the challenges that we are facing today and we'll probably face as we move through 2008 relate to the housing market as well as some of the market disruptions. So for this year, we are very focused on continuing to do the good job that I feel like we've done in managing our positions to weather the storm, and very choppy credit markets, and very, very pleased with how we have managed risk down and how we've been very aggressive in derisking our various portfolios, and also very, very pleased with the level of transparency we've provided the market, and investors and analysts all the way-- all the way through

this.

And so hopefully you've had a chance to track just how we have been managing the risk of the very choppy environment as it relates to the market disruption. On the mortgage side, of course, we are facing a housing market, I believe, that will continue to get softer in 2008. I don't have a crystal ball that would tell me, with any level of confidence, when the housing market is going to turn. I would expect that it won't be until early '09, maybe mid '09 at the earliest. But that is, anybody's guess. Obviously policy makers in Washington, the Fed, all of us are very focused. on this because of the broad implications not only to -- just the mortgage market itself, but the broader economy, and so hopefully some of the good actions that have been undertaken in easing the Fed and actions announced such as yesterday will begin to show some positive benefit. But we're basically hunkering down and recognizing that the challenges are probably going to continue for awhile, and we just need to be ready for them. Therefore, over the last several months, we have really been beefing up our resources and efforts around management delinquent loans, and as we'll talk about in a second, managing foreclosed properties as they come back to us.

We're also seeing a little bit of a spillover in terms of increased credit costs into the auto finance businesses. It's a very good business for us, and also paying an awful lot of attention to that, and I think making appropriate adjustments. I will hit on that. On the commercial real estate front, the good news is income-producing property fundamentals continue to look pretty good. Obviously cost to capital is up, cap rates are up. Properties aren't trading where they were nine, 12 months ago, but from the standpoint of underlying fundamental cash flows and the health in many markets across the country, our view is that fundamentally, things are in reasonably good shape. Where we're seeing big challenges, though, still ties back to the housing market and that part of commercial real estate that is builder-related or land lot development and condo development related, and so as you, I think we're very focused there. We'll hit on that.

The other kind of key areas would be just the CNI book and second lien book. You know, those areas in the portfolio have not shown much stress. We are not resting and are very aggressively calling through those portfolios and looking for merging problems and taking appropriate action. I think that that will also continue to be an area of emphasis for us in 2008. A high level snapshot of our loan portfolio, as you've seen before, it's about $460 billion or so at the end of the year. It is majority weighted toward the consumer, and it's a little different than the profile would have looked, say six or seven years ago, where it would have been 60% or 2/3 commercial real estate and about 1/3 consumer. We have changed the composition of the portfolio over the last five years, and we're now a little more than half on the consumer front. On the consumer front, nearly all of our consumer exposure is secured, and most of that with first mortgage positions, very little unsecured revolving credit in our loan portfolio.

You're probably well aware, we exited the card business some years ago, and got back into credit cards a couple years ago, very focused, though, on delivering product to our existing branch customers. So it is not envisioned to be a big business for us, but just a product offering for our branch customers, and so as a result, our credit card exposure and loan balances are around $2 billion or so at the end of the year. So a pretty modest amount. And then, on the second lien portfolio, I think a differentiator -- and we'll hit on this,as well -- this portfolio versus what we're seeing in some other portfolios right now as we've got only about 7% of the entire portfolio in a second lien position in commercial mortgage. On the commercial side, pretty well diversified, also fairly granular, as you can see the statistics. Commercial real estate is where the traditional commercial real estate lending that you think about in a commercial bank. Roughly 10% of the overall loan portfolio with those areas of commercial real estate tied to housing, representing just a little under 3% of the total loan portfolio. The largest portfolio that stands out, obviously, is the consumer real estate, and most of that is secured with first liens. But that represents about 50% of the book, and I think just maybe attracts more attention from Wachovia in what is happening in the mortgage market is somewhat more visible on our balance sheet because of a 50% cut of the total

loan account, but thinking about the loss contenting particularly when we start talking about reserves and where you traditionally have higher losses, the loss content of the overall portfolio given the mix is, we think, relatively modest, and while it will be up in 2008 given the cycle, again by historic standards, I think pretty modest.

Next line is a high level view of the credit quality statistics for the fourth quarter. You probably saw these in the earnings release is that we talked about a few weeks ago. Non-performing loans, as we have discussed in the past, up about $2.2 billion. That kind of the number on the page that stands out. That's up over the third quarter. About half of that is driven by the consumer mortgage portfolio. A lot of that in the pick-a-pay portfolio, and we have been expecting and also signaling to the market that with the tough environment in the mortgage market, we are seeing more mortgages go 90 days past due, which is when we move those loans to non perform. That's maybe a little earlier than some others in the industry. The other big driver during the quarter related back to commercial real estate loans tied to housing, and we undertook a pretty significant review of our portfolio out in the regions, during the end of the third quarter and into the fourth quarter, and with conditions deteriorating and us taking kind of a forward view on what's happening, some of those markets, felt that appropriate to move several loans in the non perform and feel like we were pretty proactive in doing that. But that's a little over $700 million of build.

One quick note on non-performs, there was a lot of dialogue toward the end of last year about the impact of lenders working with borrowers to modify loans, and there were pretty significant adjustments to some loan accounts in other institutions, where those modifications actually constituted a trouble debt restructuring or, loans that really needed to be reported as non-perform, and like everybody else we're working hard with borrowers who are running into trouble, and where we can help and help bridge particularly a short-term situation. So internally we've done a review of our modification process, and came out in pretty good shape. There is about, maybe an estimate of $250 million or so as of year end, that we may adjust back on to non-perform, and the accounts are working on that, but a pretty modest amount out of that review. But no impact in the income statement of provision or the allowance. So kind of given the balance of trying to work with borrowers, but then also live within the accounting rules appropriately, it can be a little bit tricky, and so we're actually pleased with how the review came out.

Charge-offs for the quarter, over 41 basis points as I'm sure you've seen before, wrapped up the year around 22 basis points for Wachovia. They were up. Charge-offs were up in the third quarter. And we saw the largest increases in the commercial real estate portfolio tied to housing, and kind of the result of this review that we did. We talk about a $100 million in write-downs coming out of that review on a portfolio that really hadn't seen any write-downs in many, many years. We also increased our charge-offs for the pick-a-pay product, around $60 million or so. As a reminder in the fourth quarter, we adopted an accounting change, where in the past, Golden West did not actually recognize a loss until they took a property back, owned the property, and then sold it. What we are currently doing, we have shifted to basically going in and appraise the properties at 180 days past due, and make adjustments from a charge-off standpoint at that point in time, and then, if a loan does, in fact, move through the foreclosure process, make appropriate adjustments along the way.

So in the fourth quarter, we basically moved to that accounting methodology, and there's about two-thirds or so of the $60 million in charge-offs we took in the pick-a-pay portfolio that essentially related to the adoption of that accounting change, and then we will obviously use that moving forward. Allowance for loan losses, about $4.7 billion at the end of the year. And actually it's an allowances for credit losses, so it includes some allowance for unfunded commercial exposures which we essentially think about as a fungible reserve. It's available across the entire loan account. So about 1% of loans -- provision expense during the quarter was about a $1.5 billion, and provision expense exceeded net charge offs by roughly a $1 billion as we took several actions during the quarter to strengthen our loan loss allowance given what's happening in the environment.

There was roughly half of that billion dollar over provision that related to the consumer mortgage portfolio. There was about $220, $250 million or so that related to the commercial real estate residential oriented portfolio, with the rest really being driven by some bills for the auto portfolio, and then other just kind of miscellaneous things going on in the loan account, some of that being just natural growth in the loan account. So think that we took appropriate action on at year end, part of the build for the consumer mortgage portfolio resulted from an exercise that we went through looking at primarily the pick-a-pay portfolio which is about $120 billion. And, we'll see in just a second, but we recognized that there were certain parts of that $120 billion portfolio that were being particularly problematic from a default and then ultimately a loss standpoint. And that would be a part of the portfolio where we have seen rapid price appreciation in certain markets, and so several notable markets in the California marketplace and some in Florida. And so we took a look at those markets that have seen rapid price appreciation since 1999, and were forecast to have significant price depreciation over the next couple years. We used some outside studies to do that, and then further stressed those studies.

We then took our loan portfolio, and basically put the loan portfolio up against those forecasts for peak to trough declines and prices, and where we had loans that by our estimation would, at the trough, exceed 95% loan to value at a future date or even currently, it kind of popped all those loans out. We then took a look at which loans were of more current vintage so, '05, '06, '07. Which loans probably had a higher propensity to go delinquent. So ICO scores would be one of the things we used there. And, basically, what that led us to is there's about $8 billion of the $120 billion or so in the portfolio that is generating the majority of the non-performs and also a majority of defaults and loans going into foreclosures. And we then sat down and did an analysis using roll rates, we've experienced delinquency buckets, and estimated severities including sales costs and holding periods and the like, and came up with entirely different expected loss fact for for that $8 billion. I know that's a lot of explanation, but the idea is that going forward, we're going to track the $8 billion, monitor what happens. Given the criteria we've used it could get a little bigger. It could get smaller, but over time obviously it will get smaller, and'll be able to track just exactly where the most problematic part of the portfolio is, and then reserve appropriately against it.

For the rest of the portfolio outside the $8 billion, we also used the exercise to increase the expected loss factor for that portfolio, but that increase was a little more modest. So that whole exercise kind of came back to roughly the $550 million strength in the reserve for that portfolio, and constituted again a little more than half the $1 billion over provision. Getting a lot of questions naturally about the level of our reserves relative to some of our peers. It is hard to compare across banking institutions, because everybody's portfolio is different. If you think back to the slide we saw a minute ago about the mix of our total loan portfolio, with half of the loans being in residential real estate. While costs are up there, the loss content of the loans is still pretty low relative to other categories of loans. So cards would be a good example. The expected loss on the credit card portfolios would be many multiples of even a stress environment which you would expect out of a consumer mortgage portfolio. So what we tried to do here is do some high level adjustments for some peer results, and admittedly this can be a little bit difficult to get to externally. Just to give a sense of how we kind of stack up, and maybe it's sort of on the right, if you use the fourth quarter charge-off results for us and annualize them, the allowance that Wachovia would cover that charge-off, a little over 2.4 times. And doing our best to adjust out for cards on the peer side, you can see that the adjusted similar result would be around 1.5 times.

So just a little help hopefully in putting the level of our allowance into perspective for you. And then, just looking a at the overall allowance to loans, we run maybe 75% of peers, if you back out the card impact, with charge-off ratio running about 50% of peers. So again just a way to maybe demonstrate and help level set for people how to think about the level of allowance versus peers in the industry. The other thing that's just going to be a challenge going forward that I think everybody needs to recognize is that that the nature of a consumer mortgage going non-performance such that it is a very sticky non-perform. In that your way to cure that non-perform was to borrow and refinance, is

to basically work through and get title to the property and then sell the property. Basically our other alternative is to turn around and sell it at a very distressed level to somebody else in the marketplace.

We haven't been willing to do that, because we haven't seen prices that we think are particularly attractive to shareholders or very economic. But, the problem is the foreclosure process can take an extended period of time, particularly with the number of foreclosures up in several different markets. So once the write-down is taken at 180 days, and then adjusted appropriately, there's not much you can do, except live with that non-perform until you get title to the property. So that loan will kind of sit with us in the non-perform status for a period of time, even though we're working at it, and even though we've already taken a big slug of the ultimate credit cost that's going to be associated with that non-perform. So that'll cause non-performs, most likely to build over time. And the reason I talk through this, is a lot of people like to try to compare the allowance of the non-perform balance, and you just need to recognize some of the dynamics that are going to be going on in our portfolio, and are already are going on in the portfolio. These loans tend to be sticky when they go in non-perform, and it's just the right thing to do to carry them and work through them, but optically it's going to build the non-performs. Conversely on the credit card side, for companies with big credit card portfolios, they carry barely sizable reserves tied to the higher expected losses. The credit cards don't go non-perform. You generally just charge those off.

So kind of everything being equal, that will distort ratios across peers. So hopefully that helps. Residential mortgage portfolio, a quick snapshot of total loan account here. You can think about it really in two components. There's the traditional kind of legacy Wachovia portfolio shown up top, performing very well. We're very pleased with the about $48 billion or so in loans outstanding, with pretty low MPAs at about 13 basis points of charge-offs in the fourth quarter. Would expect this portfolio will continue to perform very well. We will see rising credit costs along with the rest of the industry in 2008, but this book is holding up very, very well. A more visible piece is the pick-a-pay portfolio, and I mentioned about $119, $120 billion. We'll talk about the characteristics here in just a minute, but this is where the increase in non-performs has been and some of the rise in credit costs.

And if you flip over to the next page, in the earnings call, we'll try to give some more disclosure to help people put the pick-a-pay portfolio into context. It's one of those products that's been around since the early '80s it's been very, very successful. It's kind of tried and true in a lot of different ways, but it's hard for people to pigeon hole it or kind of sound byte it, and people like to try to think about, as well,. gee, is it subprime, is it Alt-A or does it stack up with other options or products in the marketplace? And the fact is it's just a different product, and it takes a little while to undig it and understand it. This graph hopefully demonstrates that it is a little different product, and gives a sense that even though non-performs are increasing, how the book is performing relative to industry, and at the line at the very bottom here, see if I can work this thing, would be the line for 90-day delinquencies for the industry, prime loans. I think we have used pretty conservative definition of industry prime here. The next two lines you can see the green line would be the performance of Golden West, and then the total Wachovia mortgage portfolio. So that's got Golden West in it.

Just a little bit below that, this gray line would be the industry performance of Alt-A past dues at 90 days, and then we have -- a little hard to tease out, but we have tried to tease out how industry -- other industry options in our portfolios are performing and you can kind of see, tracking on the way up, and more looking like Alt-A And of course, sub-prime is just totally different universe in and of itself. So what's happening here is that we're seeing the pick-a-pay portfolio, and therefore, the overall Wachovia mortgage portfolio performing somewhere between kind of Alt-A and prime and has been tracking along, pretty close to prime. The thing that just stands out, again, is that it is a fairly big portfolio on our balance sheet. So, while the percentages are still pretty modest and in line with the industry, it has represented larger movements in our numbers. But, we feel good, actually, about how it's performing relative to the rest of the industry. Some of the characteristics just to keep in mind about the pick-a-pay product, and we like to continue reminding people about this. This is a

portfolio product. So this was not a product that was purchased through brokers or correspondence or the whole sale market, it's not a product that was originated for distribution. And the importance of that is that the mentality of managing this portfolio is very much of a cradle to grave.

The appraisers are pretty much in-house, on-staff appraisers. They get measured and rewarded by the accuracy and performance of their appraisals over time. They don't get rewarded on how many deals get closed. The same thing is true for the lenders and the management of the lenders, and the underwriters as well. Another very distinguishing characteristic of the option ARM product and the pick a pay portfolio is that the recast period that exists is a ten-year recast period, and the minimum payment can only move by 7.5% per year versus more of an industry standard of a recast period at five years. So the pick- pay-product is actually pretty consumer friendly, and has had the effect of shielding consumers from some of the major payment shocks that are now really just coming about.

The other thing is that relative to some of the newer option ARM products that really came on the scene four or five years ago, the minimum payment start rates and the pick-a-pay portfolio were generally higher. One thing to keep in mind about the minimum payment rate, can be confusing for people. If you used the minimum payment rate of 2.5%, that doesn't mean that the borrower pays 2.5% of the loan on an annualized basis. What that means is the borrower pays the minimum payment of a 30-year fully amortizing mortgage loan at 2.5% but actually gets the payment up to 4.5%, 4.75% in this environment. So the difference between the accrual rate and the minimum payment rate is probably not as wide as most people think. a lot of people just think about gee the accrual rate is 7.5% minimum pays at 2.5%, there's's a 5% gap there, and that is not, in fact, the case. The other thing is, it's a very high-touch customer service. There's a loft contact with the borrower at origination and shortly after origination to make sure the borrower understands the features.

There's on going contact with the borrower and, as I mentioned earlier, when borrowers have gotten a slow or gotten into some difficulty, there's the very active outreach program to try to identify what we can do to help the borrower and also ascertain the willingness and capacity of that borrower to pay. This is a schematic that we put together that basically goes back and looks at a typical option ARM in the marketplace product originated in 2003, when we saw more and more of these coming into the market, compared to the pick-a-pay product, which again has been around since the early 80s. In attempt to demonstrate some of the differences and also what's happening, maybe, with some of the other products that's not happening with the pick-a-pay product. And I mentioned the five-year recast period versus the ten-year recast period, and this kind of demonstrates what some of the five-year recast period loans are running into right now. And are really stretching borrowers. The way this sets up, I'm sorry, I want to back up here, The way this sets up, it assumes that gee, there's a $300,000 loan in both cases. As I mentioned back in 2003, some of the newer products tended to have lower start rates. So this is a start rate in the industry of about 1.5% versus the more typical what we were doing pick-a-pay portfolio, about 2.5%. We've applied the minimum payment increase to both at about 7.5%.

So you can see over time -- and this is based upon what rates have actually done -- what has happened in the pick-a-pay payment, it has kind of crept up, but at a pretty moderate pace over the last five years. Same moderate pace is there for the industry option ARM, but what has happened is that option ARM being recast on a 25-year fully amortizing basis, and the payment is jumping up roughly 77% this year. And you can just kind of see the same will be true for next year, and the year after. The other thing that's kind of interesting to note in here is the way we've built this is the hold rates steady throughout really from January '08 forward for the remaining years. And, in fact, what is happening, od course, is rates are coming down, and that will, in fact, kind of ease pressure on the pick-a-pay product and reduce the amount of deferred interest that is accumulating where people opt to pay the minimum payment rate and probably make this (inaudible) what happens in the next couple years, actually make the actual results better than what we show here. But there's a big impact of a five-year recast versus a ten-year recast. And then also interestingly, if you play this all

the way out for the ten years, the balance under the pick-a-pay product is about $306,000 as opposed to the start balance of $300,000.

So there been about a 2% increase in the balance versus I think a perception that people have that the deferred interest is adding a lot more than it really is to the balance of these loans. Just another note about deferred interest. The aggregate deferred interest at the end of the year is about $3.1 billion, or 2.7% of the pick-a-pay portfolio. So again, in aggregate, a pretty modest amount. Usage of the pick-a-pay option has been fairly steady over the last year or two. Just to give you a sense of how this is used, December, when you can kind of imagine most people would use it with the holiday shopping and the like, 67% elected to use it in December versus 66% a year ago. There have been 52% of loans that have used it over the last six months, consecutively and a little over 40% that have used it the last year. Again, those numbers haven't changed very much in the last couple of years. Back to the significance of the deferred interest to the underlying loan balances, a very small amount of loans have deferred interest above 10% of the original balance of the loan. so, of the 120 or 115 billion or so that have the a pay feature to them, only 209 million at the end of the year have deferred interest that has taken the balance above 10% of the original amount of the loan. And when we dig in and we look at those loans and use updated evaluations to determine what the current loan to value is on those properties is, it's below 70%, around 68.5%.

So again, I hope this helps just put it into context the deferred interest nature of this product really has not stressed the portfolio, nor has it put additional stress on the borrowers, and really hasn't at all been either a causal effect of borrowers going delinquent or adding really in any kind of significant way to any sort of severity. Flipping over very quickly to home equity loans and lines, I mentioned that this is a different kind of product for us. You can think about this as being a core consumer credit product over a long period of time, and the legacy of Wachovia organization, delivered through our branches. To so this was the home equity products to home equity loans and prime equity lines, were in essence what we offer from a credit perspective through the branches. So this portfolio has performed very differently than home equity products that we're beginning to see and read about out in the marketplace, and that's creating some challenges that other institutions. It's very much of a consumer relationship product, branch delivered. This portfolio is nearly all in our legacy foot prints, the East Coast, southeast, south, the statistics, as you can see, have performed very, very nicely.

Again, I would expect costs to be up here this year given what's happening the consumer, happening in housing, but we think that those costs are going be very, very manageable. A little less than half of the entire home equity product line of $60 billion. So about $27, 28 billion is actually -- are actually loans in the first position in low loan to value. The 30 billion or so that are in a second position also have low loan to values, about 76%. A lot of that exposure or those loans are actually in the form of prime equity lines, so they're revolving credits. And, just as a reminder, the way we calculate the loan to values for those equity lines that are in a second position, we assume that the entire line is drawn, and in fact, at year end, only about 30% of the lines were used at year end, and that's down from about 35%, 36% a year ago. So that 76% loan to value is, I think, a very conservative number, and we tend to see that usage track pretty steadily between 30% and 40% really cycle in, cycle out. A quick slide in here that shows how this portfolio is performing relative to the industry for both second lien home equity loans with the industry experiencing a pretty big uptick in 60-day delinquencies and then also on the line side. A very material difference in how the portfolios are tracking. Flipping over to auto very quickly, I mentioned this is an area where we are seeing some higher credit costs. We saw chargeoffs up a little bit in the fourth quarter. Some of that is seasonal in nature, as the model years turn over. But we are seeing a little more stress here in the used car market and the auto auction markets, so severities on cars that you've got to repossess have been up a little bit and auto loans that are tied to some of the more problematic real estate markets are seeing a little bit higher delinquency.

We've got a great team here, came over from West Corp. two years ago, it's been a-- maybe three years ago. This has been a great transaction for us. I think they're doing a terrific job of adjusting

underwriting standards. They're moving up the credit spectrum. They're managing problem loans very well and they get paid very well for the risk here.

So, this is an attractive business for us and we earn very good returns and while the market will experience some increase in credit costs and we will as well, I think that we're very well positioned and we've given you some industry data here to show how our past dues are tracking relative to some industry data and again, feel good about how this is being managed. Commercial real estate, I mentioned this is our traditional real estate portfolio, so our residential financial services portfolio. It is about 2/3 income producing property oriented. And you see the breakdown of how the different components of the portfolio segment out.

The more challenging part is the 1/3 that is tied to residential real estate, so it's about $12.5 billion we've given you the amounts here of about a little less than $3 billion being in condo development loans and kind of the rest split evenly between residential builders and land and lot development. I mentioned, there's a lot of focus here. There is very active monitoring of the portfolio. A lot of discussion with borrowers, a lot of anticipation of where we may see problems emerge. It's a portfolio with a very short duration and so that gives us the opportunity to come up for air and work with borrowers pretty quickly. I think the actions we took at year-end were very much on the proactive part of the spectrum. I think that you'll see other indications in the industry of some higher chargeoffs and non-performs begin to emerge where we really have. with some of the other fourth quarter announcements at other institutions.

I want to assure you that we're all over the top of this, feel good about the customer base, but, again, tied to housing it is a space that's going to run into some challenges. Another note about this portfolio. It is in essence a combination of the legacy First Union and legacy kind of old Wachovia portfolios and businesses, which are old line businesses for us. The residential part of commercial real estate really follows the legacy footprint so again, East Coast, Southeast and the South, there's very, very little outside of that footprint and really nothing to speak of in California or in the West. So for the most part, these are borrowers and developers we have done business with for a long, long time in markets tha we've been in for a long, long time and, I think that we will manage through this fine. Just some high level stats. We really won't dwell on this. We've given you (inaudible) the real estate financial services portfolio in total and then I think I've already hit on most of these points in the kind of-- some of the steps that we're taking. Very much focusing on moving from -- given that the market is very slow and we want to be very cautious about any new exposure that we take on, diverting our resources to really being all over our portfolio and managing our portfolio.

And then lastly, the CNI book, (inaudible) large corporate and middle market. The underlying fundamentals there continue to be very, very good, but we're doing sort of the same thing here that we did in the real estate portfolio in that as we're coming into renewal season, we're taking a very aggressive look at this book and looking for emerging problems and maybe even more importantly, we're looking for situations where we have capital tied up at -- where the compensation for tying up that capital doesn't reflect what is happening in the market today and the fact that cost of capital everywhere has gone up and where maybe relationships don't fully support the amount of capital we've allocated versus the compensation we're getting. I think that we're going to be pretty discerning as we go through the renewal season and our portfolio reviews and determining and really culling out perhaps situations where we're not getting paid enough in our opinion for extending capital. So as a way to manage the balance sheet and make sure that we're earning the right return, as well as managing our liquidity. So I'm sure there will be lots of questions, but maybe I'll pause here and turn it over to Jim.

JIM BIRD, TREASURER, WACHOVIA CORP: Thanks, Don and I'd like to thank everybody again for coming in and weathering the elements and Yeah. I was going to say there's got to be a way to work this and particularly showing interest in our company. I'll start with this first slide. I'm going to talk to you about obviously our funding strategy, liquidity and capital management for a few minutes. When

I look at this slide, one of the things that kind of hits me a bit is kind of going back to Tom's opening salvo on the franchise value of Wachovia and our focus and how we've really driven great deposit production.

This bar chart on the left compares us to a handful of our peers. A couple of things that are interesting to note. The Wachovia balance sheet obviously includes the integration of West Corp. and Golden West which were both acquired in 2006. Both those franchises were great asset generators. Wachovia really, I would characterize as a great liability generator. And you still see a balance sheet that is a very, very conservative staple funding base. Relative to everyone on there, very comparable as you can see with Wells Fargo. You see by the bullet points above, 88% of the funding through deposit and equity and long-term debt. That actually is core deposits which are roughly 50% of the total balance sheet. If you add in all the deposits, you really get pretty close to 95% of the balance sheet is funded through these three elements which I would tell you is very solid, very fundamental forms of liquidity. Philosophically, I would say we're a very conservative liquidity shop, generally. You look at diverse sources of funding, we several years ago started issuing overseas some, we've done some stuff in Europe, done some stuff in Asia that's fairly recent for us. Pre-Golden west, pre-West Corp. we really were deposit rich relative to loans and there really wasn't much need really for wholesale funding the way there is today. But, again today brings you to this very conservative profile. Tom mentioned the FHLB relationship which we cultivated over the last year, I would say, and that again is very reflective of the conservative environment. Historically, we've been less comfortable, frankly, with the FHLB loan agreements in that theory had some outs for the federal home loan system based on just general discomfort. We spent a tremendous amount of time with the system, going through revamping those contracts and really all of the large banks now benefit from that. But it's a very stable form of liquidity today, much like anything you see in the market. You see on the funding strategy, liabilities, as you would expect are distributed across the curve.

Stress testing I'll pause on for a minute. I'm very proud of what we do from a stress testing perspective as it relates to liquidity and capital. We put the firm to a pretty dramatic array of stress testing when we billed our liquidity profile and that's part of what drives the outcome that you see of a very conservative base.. That served us quite well in this time frame. You can kind of compare that on that chart. It's a dramatically different profile than some of our peers. Managed contingent liquidity exposure is something else I'll touch on as well. That's easy to say post kind of August market disruption. We've done that as a matter of course for at least ten years. Quite a long period of time. And that served us exceedingly well in the disruption, not only from a limit of contingent liquidity or but actually knowing what our contingent liquidity was. Turning to the parent just for a few seconds. The corporation, again, I think we take a very conservative view. You can see the cash position at 12/31 covers close to two years of debt maturities. You'd be hard-pressed to find another large banking holding company with a debt profile like that. Another point I guess Wachovia Bank, during the disruption, we got out pretty early in front of things and we're a net provider of funds to the system throughout all of -- not all of '07, but through the entire third and fourth quarter of '07.

This next slide just gets into term issuance. I mentioned on the previous slide, a focus on investor and currency diversification. You can see from the pie chart here some of what we've done. It's not a ton of our issuance that's overseas but when you think about where the franchise is focused I think it's reasonable. The bar chart in the upper left-hand corner just gives you a sense for how maturities array across the spectrum. Probably a little heavier in the below three years right now, than we would like and that's somewhat reflective of current market environment. You'll see, too, that we issue out of both the bank and the whole co, generally I would tell you the whole co- we tend to look for five years and longer debt. The bank will tend to issue a little shorter. This slide, just kind of looking at '08, the right-hand focus is on what we've issued to date. The mix there, again, is broken down between whole co and bank. We issued during '08 our first extendable. We also mentioned -- we also issued as Tom mentioned the $3.5 billion of preferred. We don't really give guidance as you would expect on issuance. But I mentioned the whole co generally prefunds for a little over a year and so you can kind of look at the maturity profile and where we are and draw some

conclusions there and again, you can see kind of the next year's maturities and the bank I would tell you is driven largely by loan growth. So that will be somewhat wee active to the market environment.

This slide I'll take just a second on. It shows three different capital ratios and what Tom mentioned I think is very, very true. What we saw was a shift in the balance of risk in the market as it relates to capital and so in January we took the opportunity to bolster that Tier One ratio. When you add that in, that's the near 8% that Tom refers to as adding that 3.5 billion to that. One of the things, again, when you thing about capital, I think you've got to go back a little to one of Don's slides with charge offs and the like and reserve ratios, I think he was showing. Those numbers were adjusted for cards and so when you think about Wachovia at an 8% and our charge off ratio relative to our peer group I would tell you that all 8 percents aren't equal necessarily either. These are obviously under (inaudible) one ratings which we would tell you are fairly risk insensitive and we've tried to build a very strong credit culture, as I'm sure everyone has, but really have focused on quality assets and they manifest themselves in that lower charge off ratio that you see.

You would expect that to require a lower level of capital, given the balance of risk and investor desires, as we sit in this market, we really felt it prudent to kind of bring that up to a higher level, just to kind of take the concern off the table as Tom mentioned. So generally, you can see the various capital ratios relative to our peers across and outside of kind of that commentary, I would say nothing really distinguishing. And I'll not touch this slide, actually. Everyone knows the ratings of our firm. But they're in there for your review. And I think with that, brief comments, I'll turn it back to Tom for a wrap-up.

TOM WURTZ: Folks, we thank you for your patience through all this. I think you've been exposed to hopefully some perspectives on some of the products, some of the business lines that you may not have had before. Hopefully you're not learning anything entirely new. That you're familiar enough with the company in terms of the business mix we have and the products we have and so forth. But I think we have been able to illustrate from a variety of perspectives that some of the common concerns that seem to be dragging both on debt spreads and the stock price and so forth, probably aren't warranted. Or certainly not warranted to the extent that they're reflected in those prices.

We think that, again, culture is a big thing and it's very important to us. Our employees are focused on serving customers and serving them in a way that distinguishes us from our competitors. It's focused on teamwork across our company. It's focused on teamwork in terms of addressing problems. Undoubtedly we'll have some challenges going forward and what you'll see is the whole company coming to address those challenges face on. We'll be very transparent. As we learn information that we think is useful to you. We've got a pretty strong tradition of providing that on a proactive basis and we'll do the same thing going forward. So, with that, I would just open the floor up for any questions that we have. And I'm not sure whether there's a microphone out in the arena or not. So we'll get that to you so folks on the web can hear it as well. I'll step back from the table so depending on who the question is directed to, we can answer.

UNIDENTIFIED PARTICIPANT, ANALYST: Thank you. I think a lot of us would like to get more perhaps of your review of the future path of non-performing assets and net chargeoffs in the pick-a-pay book. I think the additional detail you've given us today is helpful. But, maybe if you could talk a little bit more about the expected loss factors. And, again, quarter-over-quarter, the MPAs and pick-a-pay went up about 80 basis points, about 2.3%. As we all know, the housing market is not getting better.

So first question I guess is where do you see the MPAs going. And another question is, maybe a clarification on the net chargeoffs. You mentioned that about 2/3 of that came because of a change in methodology you did. The should the take-away on that be that chargeoffs really only went up about 10 basis points, or is it-- I guess what I'm asking there Don, is that a one time true-up or are we kind of on a new level. You start from this level and you keep going at about 30 basis points on

outcome in the charge offs. Those are my two questions.

DON TRUSLOW: Take maybe the chargeoff question first. That would be right. In the fourth quarter, 2/3 or so of the chargeoffs would relate to -- you can kind of think about the change in methodology, so a true-up. The thing to keep in mind though is, going forward as we have loans now hit 180 days, we will be going ahead and take writedowns on those loans and given the ramp-up in non-performs the last couple of quarters, I wouldn't actually go to a place where, okay, chargeoffs are really 10 or 11 basis points in the fourth quarter, which, that would be true to the fourth quarter, gosh, they're going to drop way off from the 30 reported because we kind of have this wave that's going to be working its way through at this point.

It might be very helpful just very quickly kind of give you life cycle of a delinquent loan in the pick-a-pay portfolio. Loan goes past due. We begin contacting the borrower right away to figure out what we can do to help. Ascertain a willingness, capacity to pay. At 90 days, we're pretty firm. We go ahead and move something on to non-perform. Continue working with that borrower. If it looks like it's headed toward foreclosure, then at 180 days we'll go in and do the appraisal and take the write-down, including estimates for holding costs, sales costs, time to get the property back, all that kind of stuff, and then as I mentioned, then we're sort of caught in this holding period for a while, because just from a control standpoint, there's not a lot we can do. We just need to let the foreclosure process run its course and so back to your first question about trend in non-performs, I don't have a forecast for you in terms of what that trend will look like over the next few quarters, but the challenge we will have optically is that it will take a while to wash some of the non-performs through because we're going to be in this holding period.

What we probably need to be doing going forward is to give you a sense of okay, of the non-performs, where have we already taken the write-down. So to the extent non-performs are of an interest, try to figure out how much loss content is in the portfolio, be able to let you know, okay, of these non-performs what have we already taken hits on and doesn't necessarily represent future hits. Charge offs are going to be up in 2008. Ken tried to I think also dimension for people at the beginning of the earnings call that historically we've really had the high water mark of the early '90s of Golden West to look to, which is around 20 basis points. I think clearly we're going to be above that. The markets are different this time. We're seeing different behavior between the California markets on the part of borrowers than I think they experienced back in the early '90s. So one of our challenges in forecasting non performance, forecasting losses, is we're a little bit in unchartered water here in terms of how things will play out and it just makes the forecasting process particularly tricky. But I presume we're going to be above that 20 basis points in terms of the historic peak.

What Ken was describing to people, though, is that, I think there's maybe a perception that gosh this is a business that's losing money. In fact, it's not. It's making a lot of money. Even at three, four times the historic peak, it still contributes significant bottom line profits to the organization and as we ride into this credit cycle and this rate environment, the dropoff in the rates actually is a little bit of a hedge from an earnings standpoint to the drag on the income statement for non-performs and higher credit costs as well because the margins and the loan, the way the mechanics of the loan work get that much better.

TOM WURTZ: One other addition to that. I think to some extent you can take comfort in the fact that our loss numbers are probably pretty good reflection of the actual loss content. As Don mentioned, when the loan gets to be 180 days we go ahead and take the loss associated with it. Then we on a periodic basis continue to reappraise those loans and take that loss.

And also, the other thing we're doing is we're being pretty effective about liquidating our real properties. And so, you really haven't seen very much growth in the balance of properties we own over the second half of 2007, because we're pretty deliberate about getting them out the door and so I don't think we're fooling ourselves about the loss content because as you take one of those all the

way through the sales process, you learn more about what the true value is than apply those learnings to the portfolio you have in similar circumstance. I think it's an accurate portrayal of what the loss content really is.

UNIDENTIFIED PARTICIPANT: Okay. Thanks. That's really helpful. As a follow-up, I know that you don't disclose Golden West's profits any more. I would just suggest you might reconsider that at some point. We take it at face value, that's a profitable business. But, I'm sure you've got the number. So, at some point if you would reconsider disclosing that I think we would find that helpful.

UNIDENTIFIED PARTICIPANT: Don, you mentioned a couple times the loan to value on certain number of portfolios and I think, Tom, you just touched on it but I was wondering how timely should we look at those loan to values? In other words, if you're not going in and appraising some of these until we hit 180 days past due, is that ratio something that's going to just change as we get to these thresholds where you have to go in and reappraise and take the -- realize the loss content on it?

DON TRUSLOW: Good question. What we do is we run at the loan level estimates of current loan to values for the portfolios, using models, (inaudible) models and the like. So it's a little -- it's not as granular and going in and reappraising every property which is not practical to do. But we do that to get a sense of what is in fact happening, the underlying portfolio and how different markets are in fact shifting. The interesting thing is, I think the last run we did was in November and across the whole book, the actual loan to value for the portfolio went down by a couple of percent. And even in the pick-a-pay portfolio, it was down by a little bit.

The challenge, of course, is that the distribution around the average is wider, so that gets back to the exercise that I mentioned that we went through to try to identify the most problematic subset of the portfolio, and that's that $8 million really monitor what's happening at that end of the spectrum and really pay attention to that end of the spectrum. There's a big slug of the portfolio that's doing just fine and where we've got-- still feel like we have very good loan to values and are well protected from a cushion standpoint and the borrowers have a lot invested still in the properties and so therefore, motivated to work with us if they run into a delinquent situation and the like. We did give I believe in -- I think it's in here, I know we did in the earnings report that of the non-performs in the pick-a-pay portfolio, the current average loan to values in the non-performs was, I believe, about 81% if I'm remembering that number correctly. So we did try to give a little color as to what's happening on average in the non-perform category.

UNIDENTIFIED PARTICIPANT: Of that $8 billion, is part of that on non-performing now or is that more just kind of watch list.

DON TRUSLOW: I would say over half of the current non-performs have come out of that $8 billion. So yes, some of that $8 billion is on non-perform. Not all that $8 billion is going to non-perform and be a problem, but those are the--. have more of the problematic characteristics to them that we want to watch very carefully. It's just a way, really to figure out how to focus our resources and our efforts and our priorities and trying to head off some problems.

UNIDENTIFIED PARTICIPANT: You had mentioned that as of mid-january, over 50% of your growth exposure was AAA rated. Of could you provide some guidance as of the end of the fourth quarter what the weighted average rating on the whole portfolio was and what the breakdown fixed versus floating was?

JIM BIRD: Is this for CMBS? The net exposure that's left is almost all floating. So either the fixed rate pieces have been hedged away or we've sold-- so most of the exposure is all floating. That's why we gave that 10 year average duration number of like $870 million as opposed to the net of $3.5 billion. Off the top of my head, other than the data that we provided as of mid-january, I'm not sure how to

give you a breakdown on AAA versus non AAA. I think the characteristics would have been the same at year end practically speaking as they were in January.

TOM WURTZ: I don't have the number, what would be the weighted average rating. What I can say, though, a lot of that exposure has -- emanates from large deals and so as you have the capital structure for those deals, we sold pieces above and below those pieces we still hold. We probably even sold some of the pieces, a pro rata portion of what we hold. What I can tell you that is the price that we marked them at is a very accurate price because we've been selling the same or similar securities, so not sure if that helps you in any way but it is a very accurate (inaudible).

UNIDENTIFIED PARTICIPANT: I have another follow-up, actually. With regards to the Golden West portfolio you had mentioned that that's a profitable portfolio even at three or four times historical peak losses. At what point does that become an break even operation. What multiple of historical losses.

JIM BIRD: That would be giving you a forecast and I'm not sure I'm prepared to do that. But, it would still be pretty profitable, above three and four times historical peaks as well.

UNIDENTIFIED PARTICIPANT: On page 15, you're mentioning that there is $2.2 billion of the hedged ABS CDO portfolio is with Monoline insurers Are you expecting to take some adjustment to that?

TOM WURTZ: No, I wouldn't expect so. I mean, there's obviously challenges for the Monoline Insurance industry. We don't feel that a simple downgrade to any of those carriers will have meaningful implications from that standpoint. We dimensioned it in a very aggressive fashion of saying gosh if the mono line industry disappeared tomorrow we may have $4 million of exposure, if current market prices are an accurate reflection of the actual loss content in securities we hold, but I think that's a pretty absurd scenario, really. We don't think just simply a downgrade would have any particularly significant ramifications for us.

DON TRUSLOW: Maybe even a more realistic kind of stress scenario would be that the recovery rates baked into the credit default slot pricing (inaudible) the higher quality mono lines right now is about 70%. So that $400 million, if you apply that 70%, it would really be about $120 million if you lost the 30. So the $400 million is a pretty -- we think a pretty extreme way to look at it.

UNIDENTIFIED PARTICIPANT: Since the third quarter, your gross CMBS exposure is down almost $11 billion. And you said you sold more than you put on your balance sheet. But, how much in total CMBS is now in your portfolio?

DON TRUSLOW: You mean in terms of what we moved into the loan portfolio?

UNIDENTIFIED PARTICIPANT: Yeah, how much total did you move from CMBS into the loan portfolio over the past year?

DON TRUSLOW: I think it was $4 billion. I think it 'twas $4 billion.

UNIDENTIFIED PARTICIPANT: I'm still trying to reconcile since you're a leading underwriter of CMBS last year. If you look at some others who were leading underwriters they have a whole lot more CMBS exposure, and you have a whole lot less, under $4 billion and $4 billion in your loan portfolio. Can you give a little more color on how you did it. If you really got rid of that exposure permanently. I guess that's a good job.

DON TRUSLOW: We sold it. We did two things. As Tom mentioned, at the beginning of '07, recognized the markets were pretty frothy, so we pulled back on participating in several large deals.

So if you're on that lead table, there are some pretty large deals out there that we're not a part of, and that's not because we didn't have the opportunity to be part of them. So we began pulling back the business in early '07 and then we were pretty aggressive in the summer and actually realizing losses and selling out positions.

UNIDENTIFIED PARTICIPANT: So that remaining 3.6 billion of CMBS, I guess you'll be marking that to market, I would assume, but the other $4 billion in your loan book you wouldn't be marking that to market.

DON TRUSLOW: That's right. We pulled it in, held for investment. We like the returns, we like the credit and so it would be treated like a loan. Our intent would be to hold it through maturity. That's correct also, we're still subject to the market valuation fluctuations on that, the $3.5 billion.

UNIDENTIFIED PARTICIPANT: And then just a separate question, as relates to the whole mortgage group from yesterday, I don't recall seeing your name there. What's the implication for you? What's the earnings impact of delaying foreclosures, just any color can you give on that.

DON TRUSLOW: I think the group was -- and we weren't a part of it so I'm speculating a little bit. But I mean I think the part-- the group was a group of lenders that probably had more in the way of sub-prime origination, had done some of the 327, 228s, were more active in servicing loans for mortgage loans that wound up in securities form. Because the things that were requested about,-- try to contact the borrower, give a 30 day delay, because most of our portfolio is on balance sheet, we do the servicing, we do that in the natural course anyway and so there really wasn't anything that I read anyway that came out that would suggest that we would do anything different than we're already doing. I think that, again, my interpretation was those were borrowers that had either servicing or portfolios or origination that were of a different characteristic than Wachovia.

UNIDENTIFIED PARTICIPANT: Hi. Don, just go back on the comment you made earlier about chargeoffs on 180 days past due loans. And if we kind of knew what the number was, related to MPAs it would give some indication. Do have you that number? Is that something you could share, what percentage of the-- I guess it's $2.8 billion of MPAs and the pick-a-pay would have already taken a chargeoff and then second question would be --

DON TRUSLOW: The answer is I don't to share right now. But I think it's a good statistic that going forward that will be helpful to give insight as to what's happening with the loss content of the non-performing loans.

UNIDENTIFIED PARTICIPANT: That might be a number you might disclose going forward.

DON TRUSLOW: I would imagine so, yeah.

UNIDENTIFIED PARTICIPANT: Then secondly, the characteristics of your product versus a lot of the other industry players, the 125% cap on NEGAM has -- it seems to me that that's helped your portfolio delinquencies in that we're hearing from some of the other players that recast event is actually causing the delinquency. So I'm just wondering if you could just discuss, sort of merits of that or the quality of those loans, I guess, one comment could potentially be that you're just delaying the inevitable by delaying the recast event to a later time period but maybe you could just discuss the pros and cons of that.

DON TRUSLOW: How we think about that. Well, first of all, there are -- if there are any loans, it would be deminimis that would be anywhere close to 125% cap. As a matter of fact, as we showed in the bullet, that there is only a really small portion of the loan that are above 10% right now. And the current refreshed loan to values on those are in pretty good shape. I mean, they're in 68.5%. It

really-- yet sit down and run through the math. But it really takes a lot to get to 125%.

Particularly recognizing that the minimum payment rate is actually that -- includes the principle amount that I mentioned, so it's not just taking the minimum payment, raising the accrual rate. There's the adjustment in there for the principal amortization as well. And so it's been a pretty friendly -- it's actually been a friendly product for consumers because it gives them a long time to absorb increases in rates. It gives the bank flexibility to work with those consumers. The average life of the loans historically have been fairly short so three to five years, maybe. And so loans getting to the ten year recast period that have been in such a bad rate environment where you would be near the 125% cap just really hasn't been much of an issue and then with the rate environment that appears we're headed into with rates lower, that's actually going to take pressure off of increased additional deferred interest and I think will be that much more beneficial to borrowers.

So it really hasn't -- it's a-- it gets a lot of attention and we get a lot of questions about it but it just hasn't been a factor from an asset quality standpoint or a delinquency standpoint and again, we believe that it's actually very favorable from the consumer's vantage point in that it avoids some of the traps that are now popping up in some other products.

TOM WURTZ: Probably worth just noting one other point. On the 125%, that's 125% of the original loan balance. So it isn't 125% LTV for anyone that is thinking that. If you start out with 70% LTV loan and you went up to that 25% increment you would be up somewhere around 93% LTV at that point.

UNIDENTIFIED PARTICIPANT: Don, can you tell us what the non-performing asset ratio is of the construction loan portfolio of about $12.4 billion that you mentioned before? And then second also in the leveraged finance, do you have a non-performing asset ratio for that?

DON TRUSLOW: On the leveraged finance, it would be really small. Very little in the criticized category. I don't off the top of my head have a non-performing ratio for the $12.5 billion. I'll tell you that the criticized asset ratio is probably around 25% or so with a lot of that being kind of the least critical of the criticized, the other assets especially mentioned. And the biggest movement into non-perform would have been the $700 million or so we moved at year end against that book. There wouldn't have been a whole lot of non-perform before that little bit. I don't know if that helps to mention.

UNIDENTIFIED PARTICIPANT: Second, couple weeks ago OCC, the head of the OCC, Dugan, made a speech in Florida about how the OCC is maybe looking at things. Can you share with us what you're hearing from the regulators about how they're addressing the situation with the problems that the industry is confronting today on the bad loans and et cetera?

DON TRUSLOW: Yeah. I'm not sure what Dugan said in Florida, but most of our interaction with both the Fed and the OCC has been kind of working hand in hand and trying to figure out and communicate very openly about what's happening in the credit market and trying to come up with solutions and ideas for policy side, from a regulatory side, from an industry side, and what things can we be doing to restore a smoother functioning to those markets. So, we're in close contact, often times every day what's going on in the markets and of course, very close contact as it relates to credit quality and what's happening in housing. But it is very much in a sharing information mode and sharing ideas mode.

UNIDENTIFIED PARTICIPANT: Just a quick question on cards. Compared to your build-up in auto and mortgage, they seem reasonably aggressive, you seem a bit more reluctant to build out cards and your card portfolio and nice scale type business. So maybe you could talk about if that's correct, why you're a little more reluctant there.

DON TRUSLOW: I think it's a -- (inaudible) Pretty well saturated. That marketing campaign. (inaudible) We think we have an attractive opportunity to kind of complete the products out with existing customers and offer it through the branches. It's not a customer acquisition strategy. It's just completing the relationship with them, getting a bigger chunk of their payment activity and we think that makes sense for us. I would point to Wells Fargo as someone that has done that effectively. We think that's a strategy that makes sense for us.

In terms of entry into the auto business, I think what distinguishes that a little bit is we believe West Corp. was the leading platform in terms of independent auto lender and even in a difficult environment we'll earn return on assets over 1% in a very ugly environment. And so I think that's pretty attractive when you think about obviously things get better and you earn higher returns. We think it fits in well with our commercial strategies in terms of offering commercial loans, (inaudible) lending, real estate services, to those same auto dealers and so forth. We think it makes sense to have exposure in that space. We think it was one that we can employ effectively across our own franchise as well.

UNIDENTIFIED PARTICIPANT: Hi, I have two questions for you. The first one is following up on your comments just now. What is it that you're doing differently in auto? We've seen so many of the major players either reduce or even exit over the last five to ten years that business. Are you approaching it differently? What is it that makes it a desirable business for you?

And two, on the home equity side, on Slide 50 you disclosed that 13% of your home equity portfolio, $60 billion are in the 90 -- greater than 91% original CLTV. So my question is, that would be about $7.8 billion of exposure right there. And I know you talked about segregating about $8 billion of portfolio that you're looking at closely. I'm wondering, we've seen so many other players that this particular slice of portfolio's in the greater LTVs, even irrespective of FICOs has performed particularly poorly. So I'd like to know also how you might differ there or what your expectations are for that portfolio. Thank you.

DON TRUSLOW: On the first question about what we've done right in the auto business, I would say we owe it all to the management team at West Corp. in terms of what's been done right because as a bank we didn't distinguish ourselves in the ability to lend across the credit spectrum in the auto field. And so West Corp. was someone that did that well. I would point to, one, they have a lot of people with lots of years of experience which is certainly helpful. It's been a very stable team. But I think it comes down to incentive in terms of there's incentives that are aligned very closely between the originators, the underwriters, the collectors, and the company.

And so to the extent that everyone has a very keen interest in long-term performance of the portfolio, they tend to act in a very different way and take a very personal interest and when you combine that with a level of experience and good underlying systems and some good gut instinct in terms of gosh, what markets in terms of -- not markets, geographic markets, but what types of vehicles look like they're beginning to saturate, where do we see customer demand changing, what do we anticipate the manufacturers are going to do. They took a very strategic approach to looking at the business and tried to take the edges off it by eliminating some of the issues that you ended up with with concentration of vehicles, geographic concentration and so forth and I think they've just done a very good job of not making mistakes is probably the key to it and the (inaudible) incentives.

TOM WURTZ: On the home equity side, I think the big differentiator really are these are branch originated kind of core customer relationships where we've extended this credit. We do give you a slide on page 32, there's a box kind of at the bottom that does get at the exposure above 90% and so you can see the amount we captured here is $8 billion, so maybe some rounding. But the bulk of -- this is also first and second. I think the characteristics would be the same for both first and seconds here. But where we are above 90%, it's higher FICO scores, these are long relationships, there's some wealth management clients mixed into this. It's just a different profile from home equity

products that were originated through the wholesale channel or bought through brokers or more sterile stand-alone.

The other thing too is over time, our experience clearly has been that you can have like FICO scores-- for the same FICO score for a branch originated credit and a one just originated through a broker or correspondent and they will perform very, very different. The branch FICO score will by far outperform a more sterile credit that comes to us that, again, may carry the same FICO score on the surface. And FICOs are only one of kind of inputs that we use in our score cards. There are lots of other proprietary things that we put into our score card, length of relationship and debt to income and length in area and all those kinds of things that are just as determining in terms of evaluating who might go into default and who might not. So --

UNIDENTIFIED PARTICIPANT: I have two questions. One is a few weeks ago when you were discussing the fourth quarter earnings, at the time, if I recall correctly, your outlook for GEP growth this year was about 2%. And obviously that affects your estimates on losses and (inaudible) portfolio. . Is that what you're still maintaining is your outlook for the U.S. economy? That's the first

DON TRUSLOW: I don't think we've changed appreciably since that point. We felt it was going to be a challenging environment over the course of the year. And our view isn't a lot different at this point.

UNIDENTIFIED PARTICIPANT: Steady as she goes, no recession?

DON TRUSLOW: It will feel like a recession in big parts of the country. So whether technically it meets the definition or not, I couldn't tell you but I would suspect there's an awful lot of people in the Western U.S. who certainly feel like they're in a recession.

UNIDENTIFIED PARTICIPANT: Maybe to clarify that, then, in terms of the way that you built up your expectations for the losses in the portfolios, you've assumed then, very depressed conditions out in California?

DON TRUSLOW: Yeah. We're relatively pessimistic.

UNIDENTIFIED PARTICIPANT: Okay. That's fine. That's just by way of clarification. The other question, to be honest I don't know if this one is fair or not, but on page 53 you very helpfully given us a detail comparing yourself with Washington Mutual and Countrywide and your comments today have been very, very helpful in showing how your (inaudible) portfolio is in fact very different from those two companies and certainly you're performing much, her better than Countrywide.

But, if we look at WAMU, the performance seems to be relatively the same. Obviously, you don't know how WAMU accounts for things. But, maybe you could share some of your thinking on that. You do have a different portfolio. And I'm trying to -- I'm struggling with this whole thing now. Thanks for the slide.

DON TRUSLOW: This is market data that our folks picked up and it's probably not appropriate for us to try to describe what goes on in another company or what their practices are or what their product looks like. So, I'm not sure how to answer your question. I'm happy to talk about our product and characteristics of it but I really can't speculate on other companies.

UNIDENTIFIED PARTICIPANT: You talked before about the $8 billion that you kind of segregated that's causing a lot of your MPAs on the (inaudible) portfolio. And you talked about strengthening your reserves by about $550 million for it. Should we think of that as an expected loss figure on that portfolio? And are we going to see those numbers going forward? In other words, are you going to segregate those out in the financials so that we see those continuing?

DON TRUSLOW: Well, the -- I think in the deck we do say that the -- I think on the call I said loosely allocated allowance for Golden West and reason I use that is we don't strictly allocate the allowance by loan portfolio and the allowance -- any part of allowance is available for any part of the loan portfolio. I do note in there that about 66 basis points. That is our modeled calculation of the expected loss in the portfolio. That's part of -- that's not -- I'm sorry, I'm hedging around here a little bit because there is a component that's outside the expected loss. That 66 basis point does contain the expected loss for the portfolio. Only thing I would caution you on is how the expected loss translates exactly into timing of writeoffs and the actual writeoffs which can be different.

Also, the parameters we used in coming up with the $8 billion, so roll rates and severities, and those are estimates based upon our best view back in December and as we see actuals come in and the markets change, we'll go back and I'm sure have to make adjustments to those factors and those estimates. So to your second question, gee, is that a number we're going to be reporting on on that $8 billion, it is most likely not going to be a locked down portfolio. But what I would like to be able to do is to describe to people what is happening with that $8 billion has it gotten bigger because we adjusted our -- through our earnings, our estimates and our factors, or is it getting smaller as a way to just help both us and investors and other interested parties get a sense for, gosh, are things beginning to turn, are they not beginning to turn, et cetera. So exactly how we'll do that, I'm not sure. It probably won't be a "here's a carved out part of the portfolio and here are the characteristics of the portfolio". It will be more dynamic than that.

UNIDENTIFIED PARTICIPANT: Hi. More of an industry question but I would like your perspective. The kind of new expected loss curves across residential mortgage, how is that affecting your economic capital model, Basil two models, equivalently, so you know, the new paradigm and where we go and mortgage loss rating should have a pretty significant effect so I would be interested in that.

JIM BIRD: If you go back to Basil two, if you kind of go back to -- generally yes it's driving them up as you would expect, across the industry as expectations change. If you go back to kind of dimension, Wachovia, relative to its peers, the OCC sent out a loan characteristic file and asked all the major banks to apply Basil two type capital based on their modeling to this loan. So it kind of takes out the my branch originated portfolios better than your branch originated debate between the banks and said, here's the loan, I'm giving you the characteristics. You just bought it from me, apply your capital.

Generally, what I would tell you is, we came out on the very conservative end of that from a capital attribution perspective relative to our peers. And so, when I look at-- If you look at our economic capital modeling, it tends to reflect market based model. You can kind of use it and actually reverse engineer into where a security might be capitalized. To the extent those models are going wider, you'll see our models go wider as well. I would tell you we start from a more conservative base than many of our peers based on actual data we receive back from the regulators.

UNIDENTIFIED PARTICIPANT: Don, I'm not sure if you have an answer from this, but why are you seeing higher auto loan problems in the same state with housing prices. Is it the same consumers that are having problems with their homes or is it simply slower growth in those MSAs?

DON TRUSLOW: Mike, I would surmise probably a little of both in that the same -- perhaps some of the same factors that would cause a borrower to go delinquent, where there's been some reduction in income, maybe in a loss of job or they've over levered themselves, and combined with housing prices that have declined, so those borrowers are in a place where gosh, they may have had equity in their house and now they don't feel like they've got equity in their house and are more stressed. I think it's probably some of the same characteristics. It's not-- I don't mean to create too strong a linkage but there is a pattern we are seeing where there are somewhat higher delinquencies coming out of markets that are experiencing higher delinquencies on the housing side.

UNIDENTIFIED PARTICIPANT: And then separately, some of your peers have published normalized loss scenarios for the overall portfolio or for subsegments. Can you remind me what you publicized?

DON TRUSLOW: We haven't really published anything but when asked, given the existing mix of loans and again, based upon past cycles, probably normalized chargeoff ratio for our portfolio is going to be in the low to mid-30 basis points. Thinking about the different subsectors without getting into basis points on each, clearly, housing residential mortgage loans are going to be above credit cycle through the cycle trend line. Commercial real estate tied to housing is going to be above in '08 and probably '09.

Auto I would guess would be kind of near the trend line, maybe a little bit above. We've been -- actually, I had a pretty good environment so we've had better than expected performance. And, so some of what's happening is a little bit of a reversion to the mean trend line. The CNI book, it's been so good that I think that we will see increased costs but I think that we would continue to be in '08 a little bit below trend line for-- through the cycle losses and I would say the same thing on the commercial real estate income producing properties front right now, for 2008. Up from where it's been, because basically there haven't been any losses the last few years but still below what you would expect maybe through a cycle.

JIM BIRD: Mike, I might just add that somewhat independent of the economic environment, what we have seen is in the second half of the year, there's been an appreciable reduction in used car prices and a lot of that trails back to the fact that the manufacturers get more aggressive in providing financing and that results in used cars being a little less attractive to new cars so you've seen average prices come down 6, $800 since kind of the June time frame and that's leading to higher losses also.

UNIDENTIFIED PARTICIPANT: A separate question. As far as expenses, can you give us some tense when your MPAs go up, how much more expenses you have and Tom previously you said you were looking for kind of an aggressive new branch build-out. Are you scaling that back a little bit, given the environment?

TOM WURTZ: In terms of the branch build-out, no we're not. We went into the year, I would suppose if you went back to spring of last year we may have had aspirations to build 150 branches. But, by the time we got to mid summer, we concluded that no, about 115 was a more appropriate number. We think we can execute on that very well. So, maybe down a tad from a highest point, but pretty consistent over a long period of time and we plan to execute against that this year and I'm sorry, could you remind me of the other question on expenses, Mike? Oh, expenses on non-perform.

UNIDENTIFIED PARTICIPANT: 115 per year then?

TOM WURTZ: 115 in 2008. I would suspect that we'll be up to 160 in 2009 is our plan at this point. In terms of the expenses for additional REO, obviously there are a fair amount of expenses that you end up taking on as you have non-performing assets and so forth. We built the servicing staff up pretty appreciably. We're dedicating more resources to that now. I don't think at the end of the day you measure those numbers in the multiples of tens of millions of dollars. So, the biggest cost is the fact that you don't get the accrual of the loan income. But I don't think the actual expenses on the non-performers is going to be a big driver.

With that, if there are no other questions, we once again do appreciate the amount of time you've dedicated to us. Hopefully this has been helpful. You've given us some good ideas on things we might want to provide further disclosure on and with that, wish you all a good day.

[Thomson Financial reserves the right to make changes to documents, content, or other information

Case 1:07-cv-03095-RCL    Document 26-2    Filed 03/17/2008    Page 27 of 27

on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2008 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2008 Voxant, Inc. (www.voxant.com) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or Voxant's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and Voxant so long as they provide conspicuous attribution to Thomson Financial and Voxant as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]