IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 1:07-cv-02095-RCL |

## SCHEDULING ORDER

AND NOW, this 29th day of May, 2008, upon consideration of Plaintiffs' and Defendants' Joint Local Civil Rule 16.3(d) Report, and the facts and circumstances surrounding this matter, IT IS HEREBY ORDERED that this case shall proceed on the following schedule:

| **Event** | **Deadline** |
|---|---|
| Answer | 30 days after the date of entry of a decision on Defendants' Motion to Dismiss (Docket No. 21) ("Answer Date") |
| Rule 26(a)(1) initial disclosures | April 14, 2008 |
| Joinder of additional parties | 30 days after Answer Date |
| Commencement of discovery | Answer Date |
| Last date to seek leave to amend | 30 days after Answer Date |
| Non-expert fact discovery cutoff | 150 days after Answer Date |
| Service of disclosures under Rule 26(a)(2) of expert testimony | 150 days after Answer Date |

| **Event** | **Deadline** |
|---|---|
| Completion of Depositions of experts | 210 days after Answer Date |
| Service of initial disclosures under Rule 26(a)(2) of rebuttal experts | 210 days after Answer Date |
| Completion of Depositions of rebuttal experts | 240 days after Answer Date |
| Expert discovery cutoff | 240 days after Answer Date |
| Motions for summary judgment | 270 days after Answer Date |
| Summary judgment opposition briefs | 300 days after Answer Date |
| Summary judgment reply briefs | 320 days after Answer Date |
| Pretrial conference | TBA |
| Commencement of trial | TBA |

SO ORDERED.

_____/s/_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE