IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br><br>    Defendant. | Civil Action No. 1:07-cv-02095-RCL<br><br>**JOINT STIPULATION AND MOTION TO EXTEND TIME FOR BRIEFING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF DISMISSAL OF COUNT II OF THE AMENDED COMPLAINT [32]** |

  Plaintiffs Capitol Justice LLC and American Association For Justice and Defendant Wachovia Bank, N.A., by and through their undersigned counsel of record, jointly stipulate and move this Court to extend the time for briefing on Plaintiffs' Motion for Reconsideration of Dismissal of Count II of the Amended Complaint [32].  In support of the instant Motion, the parties state as follows:

  1. Plaintiffs filed and served their Motion for Reconsideration through the Court's ECF system on July 18, 2008;

  2. Defendant filed its opposition memorandum [33] on August 1, 2008 and served it both electronically through the Court's ECF system as well as by hand delivery on that day;

  3. Under Local Civil Rule 7(d), Plaintiffs are given five days after service of Defendant's opposition memorandum to serve a reply memorandum;

  4. In accordance with Federal Rule 6(a)(2), five days (not counting intervening weekend days) from August 1 would be August 8, 2008, leaving aside the question of whether Plaintiffs would be entitled to an additional three days under Federal Rule 6(d) in these circumstances;

  5. Plaintiffs and Defendants have agreed, as part of a broader agreement on scheduling issues and to accommodate summer vacation plans and work schedules, to extend

Plaintiffs' time to file their reply brief until Wednesday, August 13, 2008—two days after their reply brief would otherwise be due assuming Federal Rule 6(d) were to apply to these circumstances;

      6.    No prior extensions have been granted regarding Plaintiffs' Motion for Reconsideration;

      WHEREFORE, Plaintiffs and Defendants hereby jointly stipulate to the foregoing schedule and respectfully request that the Court enter an Order extending the time for filing Plaintiffs' reply brief in support of their Motion for Reconsideration to August 13, 2008.

Respectfully submitted,

By:  *s/David S. Wachen*
    Jeremy W. Schulman (D.C. Bar No. 481755)
    David S. Wachen (D.C. Bar No. 441836)
    SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
    11921 Rockville Pike
    Rockville, MD 20852
    Telephone:  (301) 230-5200
    Facsimile:  (301) 230-2891

    *Attorneys for Plaintiffs Capitol Justice LLC and American Association for Justice*

By:  *s/Reginald R. Goeke*
    Mark W. Ryan (D.C. Bar No. 359098)
    Reginald R. Goeke (D.C. Bar No. 453613)
    Joseph R. Baker (D.C. Bar No. 490802)
    MAYER BROWN LLP
    1909 K Street, N.W.
    Washington, DC  20006-1101
    Telephone:  (202) 263-3000
    Facsimile:  (202) 263-3300

    *Attorneys for Defendant Wachovia Bank, N.A.*

Dated:  August 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WACHOVIA CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:07-cv-02095-RCL<br><br>**[PROPOSED] ORDER** |

　　　This matter having come before the Court on the parties' Joint Stipulation and Motion to Extend Time for Briefing on Plaintiffs' Motion for Reconsideration of Dismissal of Count II of the Amended Complaint [32], and the Court being duly informed of the premises, it is, on this ___ day of August, 2008,

　　　ORDERED that Plaintiffs' time to file a reply memorandum in support of their Motion for Reconsideration of Dismissal of Count II of the Amended Complaint [32] shall be extended to August 13, 2008.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE