**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:07-cv-02095-RCL |
| WACHOVIA BANK, N.A., | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR ADMISSION *PRO HAC VICE* OF STEPHEN D. SUSMAN**

Pursuant to Local Civil Rule 83.2, Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ), by and through their current and prospective counsel, hereby move this Court to grant Stephen D. Susman of the law firm Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002, leave to appear *pro hac vice* for Plaintiffs in this action.   In support of this Motion, Plaintiffs submit the accompanying Declaration of Stephen D. Susman, and state as follows:

1.       Stephen D. Susman is actively engaged in the practice of law as a partner with the law firm of Susman Godfrey L.L.P., at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002, and his telephone number is (713) 651-9366;

2.       Stephen D. Susman is licensed and admitted to practice in the State of Texas, and is a member in good standing of the Texas Bar;

3.       Stephen D. Susman is also admitted to practice in the State of New York, the State of Colorado, and the District of Columbia; Stephen D. Susman is also admitted to practice in the United States District Courts for the Southern, Western, Northern, and Eastern Districts of

Texas and the Southern District of New York; Stephen D. Susman is also admitted to practice before the United States Courts of Appeals for the Second, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits; and Stephen D. Susman is admitted to practice before the United States Supreme Court.

4.      Stephen D. Susman has not been disciplined by any bars, and is not the subject of any disciplinary proceedings;

5.      Stephen D. Susman has not been admitted *pro hac vice* in this Court within the last two years;

6.      Stephen D. Susman is familiar with and will comply with the Local Rules and standards of professional conduct governing members of the United States District Court for the District of Columbia;

7.      Stephen D. Susman will be cocounsel on this action with Plaintiffs' existing counsel, Jeremy W. Schulman and David S. Wachen, who are both members in good standing of the Bar of this Court, and who, by this Motion, sponsor Mr. Susman's admission *pro hac vice* for these proceedings; and

8.      Plaintiffs' counsel have conferred with Defendant's counsel regarding this Motion and Defendant's counsel have indicated that they do not oppose the relief sought.

WHEREFORE, Plaintiffs respectfully request that the Court grant the admission *pro hac vice* of Stephen D. Susman to represent Plaintiffs Capitol Justice LLC and American Association for Justice in this matter.

Dated:  September 2, 2008

Respectfully submitted,

*s/David S. Wachen*
Jeremy W. Schulman (DC Bar No. 481755)
David S. Wachen (DC Bar No. 441836)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike
Rockville, MD 20852
Telephone: (301) 230-5200
Fax: (301) 230-2891
Email: jschulman@srgpe.com
        dwachen@srgpe.com

Stephen D. Susman (TX State Bar No. 19521000)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: ssusman@susmangodfrey.com

Drew D. Hansen
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
E-mail:  dhansen@susmangodfrey.com

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,* | |
| Plaintiffs, | Civil Action No. 1:07-cv-02095-RCL |
| v. | |
| WACHOVIA BANK, N.A., | |
| Defendant. | |

## DECLARATION OF STEPHEN D. SUSMAN

I, Stephen D. Susman, do hereby declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts of the State of Texas.  I am a partner in the firm of Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.  My telephone number is 713-651-9366.  My facsimile number is 713-654-6666.  My e-mail address is ssusman@susmangodfrey.com.  I submit this declaration in support of Plaintiff's Unopposed Motion for Admission *Pro Hac Vice* of Stephen D. Susman.  This declaration is based on my personal knowledge.

2.      My residence address is 2121 Kirby #85, Houston, Texas 77019.  I am not a resident of the District of Columbia, am not regularly employed in the District of Columbia, and am not regularly engaged in substantial business, professional, or other activities in District of Columbia.

3.      I have never been disciplined by any bar, and am not the subject of any disciplinary proceedings.

867753v1/010892

4.     I am currently in good standing and eligible to practice in each of the courts listed below:

| Court | Date Admitted |
|---|---|
| **State Courts** | |
| State Courts of Texas | 9/20/65 [19521000] |
| District of Columbia Courts | 2/1/99 [462143] |
| State Courts of New York | 4/18/00 [3041712] |
| State Courts of Colorado | 7/15/02 [033825] |
| **United States Courts of Appeal** | |
| Second Circuit Court of Appeals | 12/27/89 |
| Fifth Circuit Court of Appeals | 10/1/81 |
| Sixth Circuit Court o f Appeals | 1/28/08 |
| Eighth Circuit Court of Appeals | 11/8/72 |
| District of Columbia Circuit Court of Appeals | 7/27/81 |
| Ninth Circuit Court of Appeals | 12/6/90 |
| Tenth Circuit Court of Appeals | 3/15/00 [174333] |
| Eleventh Circuit Court of Appeals | 9/22/03 [022433122 |
| Federal Circuit Court of Appeals | 1/28/97 |
| **United States District Courts** | |
| Southern District of New York | 3/2/07 [SS8591) |
| Southern District of Texas | 12/3/65 |
| Northern District of Texas | 1/28/74 |
| Western District of Texas | 8/28/87 |
| Eastern District of Texas | 5/15/90 |
| District of Arizona | 12/14/98 |
| **Supreme Court** | |
| United States Supreme Court | 4/22/70 |

- 2 -

5.      I have not been admitted *pro hac vice* in this Court in the last two years.

6.      Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ) have retained Susman Godfrey L.L.P. to represent them along with Shulman, Rogers, Gandal, Pordy and Ecker, P.A. in this matter.  David S. Wachen is one of the attorneys at Shulman, Rogers, Gandal, Pordy and Ecker, P.A. principally responsible as counsel of record for handling this action.  Mr. Wachen's office is located 11921 Rockville Pike, Rockville, MD 20852. Mr. Wachen is an active member in good standing of the United States District Court for the District of Columbia.

7.      I am not a member of the United States District Court for the District of Columbia Bar, but I am familiar with and agree to comply with the Local Rules of this Court and the standards of professional conduct governing members of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25    , 2008, in Houston, Texas.


By:    _____
             Stephen D. Susman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CAPITOL JUSTICE LLC, *et al.,*

             Plaintiffs,

      v.

WACHOVIA BANK,

             Defendant.

Civil Action No. 1:07-cv-02095-RCL

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Stephen D. Susman, and related submissions by the parties, it appearing that this Motion is unopposed and that there is good cause for the relief requested by Plaintiffs, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** in that Stephen D. Susman of the law firm Susman Godfrey LLP is admitted *pro hac vice* for purposes of representing Plaintiffs as cocounsel in this action.  Mr. Susman shall enter his appearance in accordance with the Rules of this Court.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE