IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK, N.A.*,*<br><br>　　　　　Defendant. | Civil Action No. 1:07-cv-02095-RCL |

**PLAINTIFFS' UNOPPOSED MOTION
FOR ADMISSION *PRO HAC VICE* OF DREW D. HANSEN**

　　　　Pursuant to Local Civil Rule 83.2, Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ), by and through their current and prospective counsel, hereby move this Court to grant Drew D. Hansen of the law firm Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, WA 98101, leave to appear *pro hac vice* for Plaintiffs in this action. In support of this Motion, Plaintiffs submit the accompanying Declaration of Drew D. Hansen, and state as follows:

　　　　1.　　Drew D. Hansen is actively engaged in the practice of law as a partner with the law firm of Susman Godfrey L.L.P., at 1201 Third Avenue, Suite 3800, Seattle, WA 98101-3000, and his telephone number is (206) 516-3880;

　　　　2.　　Drew D. Hansen is licensed and admitted to practice in the State of Washington, and is a member in good standing of the Washington Bar;

　　　　3.　　Mr. Hansen is also admitted to practice in the United States Court of Appeals for the Fifth Circuit;

4.  Mr. Hansen has not been disciplined by any bars, and is not the subject of any disciplinary proceedings;

5.  Mr. Hansen has not been admitted *pro hac vice* in this Court within the last two years;

6.  Mr. Hansen is familiar with and will comply with the Local Rules and standards of professional conduct governing members of the United States District Court for the District of Columbia;

7.  Mr. Hansen will be co-counsel on this action with Plaintiffs' existing counsel, Jeremy W. Schulman and David S. Wachen, who are both members in good standing of the Bar of this Court, and who, by this Motion, sponsor Mr. Hansen's admission *pro hac vice* for these proceedings; and

8.  Plaintiffs' counsel have conferred with Defendant's counsel regarding this Motion and Defendant's counsel have indicated that they do not oppose the relief sought.

WHEREFORE, Plaintiffs respectfully request that the Court grant the admission *pro hac vice* of Drew D. Hansen to represent Plaintiffs Capitol Justice LLC and American Association for Justice in this matter.

Dated:  September 2, 2008

Respectfully submitted,

*s/David S. Wachen*
Jeremy W. Schulman (DC Bar No. 481755)
David S. Wachen (DC Bar No. 441836)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike
Rockville, MD 20852
Telephone: (301) 230-5200
Fax: (301) 230-2891
Email: jschulman@srgpe.com
           dwachen@srgpe.com

Stephen D. Susman (State Bar No. 19521000)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: ssusman@susmangodfrey.com

Drew D. Hansen
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
E-mail:  dhansen@susmangodfrey.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br><br>Defendant. | Civil Action No. 1:07-cv-02095-RCL |

## DECLARATION OF DREW D. HANSEN

I, Drew D. Hansen, do hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of Washington,. I am a partner in the firm of Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, Washington 98101. My telephone number is 206-373-7384. My facsimile number is 206-516-3883. My e-mail address is dhansen@susmangodfrey.com. I submit this declaration in support of Plaintiff's Unopposed Motion for Admission *Pro Hac Vice* of Drew D. Hansen.. This declaration is based on my personal knowledge.

2. My residence address is 5719 Ward Avenue NE, Bainbridge Island, Washington. I am not a resident of the District of Columbia, am not regularly employed in the District of Columbia, and am not regularly engaged in substantial business, professional, or other activities in District of Columbia.

3. I have never been disciplined by any bar, and am not the subject of any disciplinary proceedings.

4.  I am currently in good standing and eligible to practice in each of the courts listed below:

    State Courts of Washington, 11/14/00, Washington State Bar No. 30467

    United States Court of Appeals, Fifth Circuit, admitted 5/14/04

5.  I have not been admitted *pro hac vice* in this Court in the last two years.

6.  Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ) have retained Susman Godfrey L.L.P. to represent them along with Shulman, Rogers, Gandal, Pordy and Ecker, P.A. in this matter. David S. Wachen is one of the attorneys at Shulman, Rogers, Gandal, Pordy and Ecker, P.A. principally responsible as counsel of record for handling this action. Mr. Wachen's office is located 11921 Rockville Pike, Rockville, MD 20852. Mr. Wachen is an active member in good standing of the United States District Court for the District of Columbia.

7.  I am not a member of the United States District Court for the District of Columbia Bar, but I am familiar with and agree to comply with the Local Rules of this Court and the standards of professional conduct governing members of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008, in ~~Seattle, Washington~~ Denver, Colorado.

By: _____
    Drew D. Hansen

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, <br><br> Defendant. | Civil Action No. 1:07-cv-02095-RCL |

### ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Drew D. Hansen, and related submissions by the parties, it appearing that this Motion is unopposed and that there is good cause for the relief requested by Plaintiffs, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** in that Drew D. Hansen of the law firm Susman Godfrey LLP is admitted *pro hac vice* for purposes of representing Plaintiffs as co-counsel in this action.  Mr. Hansen shall enter his appearance in accordance with the Rules of this Court.

SO ORDERED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE