IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK, N.A.*,*<br><br>　　　　　　Defendant. | Civil Action No. 1:07-cv-02095-RCL |

**PLAINTIFFS' UNOPPOSED MOTION
FOR ADMISSION *PRO HAC VICE* OF MANUEL G. BERRÉLEZ**

　　　　Pursuant to Local Civil Rule 83.2, Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ), by and through their current and prospective counsel, hereby move this Court to grant Manuel G. Berrélez of the law firm Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202, leave to appear *pro hac vice* for Plaintiffs in this action. In support of this Motion, Plaintiffs submit the accompanying Declaration of Manuel G. Berrélez, and state as follows:

　　　　1.　　　　Manuel G. Berrélez is actively engaged in the practice of law as an associate with the law firm of Susman Godfrey L.L.P. at 901 Main Street, Suite 5100, Dallas, Texas 75202 and his telephone number is (214) 754-1913;

　　　　2.　　　　Manuel G. Berrélez is licensed and admitted to practice in the State of Texas, and is a member in good standing of the State Bar of Texas;

　　　　3.　　　　Manuel G. Berrélez is also admitted to practice in the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas.

4. Manuel G. Berrélez has not been disciplined by any bars, and is not the subject of any disciplinary proceedings;

5. Manuel G. Berrélez has not been admitted *pro hac vice* in this Court within the last two years;

6. Manuel G. Berrélez is familiar with and will comply with the Local Rules and standards of professional conduct governing members of the United States District Court for the District of Columbia;

7. Manuel G. Berrélez will be co-counsel on this action with Plaintiffs' existing counsel, Jeremy W. Schulman and David S. Wachen, who are both members in good standing of the Bar of this Court, and who, by this Motion, sponsor Mr. Berrélez's admission *pro hac vice* for these proceedings; and

8. Plaintiffs' counsel have conferred with Defendant's counsel regarding this Motion and Defendant's counsel have indicated that they do not oppose the relief sought.

WHEREFORE, Plaintiffs respectfully request that the Court grant the admission *pro hac vice* of Manuel G. Berrélez to represent Plaintiffs Capitol Justice LLC and American Association for Justice in this matter.

Dated: September 2, 2008.

Respectfully submitted,

*s/David S. Wachen*
Jeremy W. Schulman (DC Bar No. 481755)
David S. Wachen (DC Bar No. 441836)
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike
Rockville, MD 20852
Telephone: (301) 230-5200
Fax: (301) 230-2891
Email: jschulman@srgpe.com
          dwachen@srgpe.com

Stephen D. Susman (State Bar No. 19521000)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas, 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666
Email: ssusman@susmangodfrey.com

Drew D. Hansen
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone:  (206) 516-3880
Fax:  (206) 516-3883
E-mail:  dhansen@susmangodfrey.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br><br>Defendant. | Civil Action No. 1:07-cv-02095-RCL |

### DECLARATION OF MANUEL G. BERRÉLEZ

I, Manuel G. Berrélez, do hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of Texas. I am an associate in the firm of Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202. My telephone number is (214) 754-1913. My direct facsimile number is (214) 665-2664. My e-mail address is mberrelez@susmangodfrey.com. I submit this declaration in support of Plaintiff's Unopposed Motion for Admission *Pro Hac Vice* of Manuel G. Berrélez. This declaration is based on my personal knowledge.

2. My residence address is 2626 Reagan Street, #349, Dallas, Texas 75219. I am not a resident of the District of Columbia, am not regularly employed in the District of Columbia, and am not regularly engaged in substantial business, professional, or other activities in District of Columbia.

3. I have never been disciplined by any bar, and am not the subject of any disciplinary proceedings.

868124v1/010892

4. I am currently in good standing and eligible to practice in each of the courts listed below:

State Courts of Texas, admitted 05/04/07, Texas State Bar number 24057760

United States District for the Northern District of Texas, admitted 06/29/07

United States District Court for the Eastern District of Texas, admitted 07/09/07

United States District Court for the Southern District of Texas, admitted 10/03/07

United States District Court for the Western District of Texas, admitted 01/14/08

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. Plaintiffs Capitol Justice LLC and American Association for Justice (AAJ) have retained Susman Godfrey L.L.P. to represent them along with Shulman, Rogers, Gandal, Pordy and Ecker, P.A. in this matter. David S. Wachen is one of the attorneys at Shulman, Rogers, Gandal, Pordy and Ecker, P.A. principally responsible as counsel of record for handling this action. Mr. Wachen's office is located 11921 Rockville Pike, Rockville, MD 20852. Mr. Wachen is an active member in good standing of the United States District Court for the District of Columbia.

7. I am not a member of the United States District Court for the District of Columbia Bar, but I am familiar with and agree to comply with the Local Rules of this Court and the standards of professional conduct governing members of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008, in Dallas, Texas.

By: ___/s/ Manuel G. Berrélez___
Manuel G. Berrélez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>WACHOVIA BANK,<br><br>　　　　　Defendant. | Civil Action No. 1:07-cv-02095-RCL |

## ORDER

　　AND NOW, this ____ day of _____, 2008, upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Manuel G. Berrélez, and related submissions by the parties, it appearing that this Motion is unopposed and that there is good cause for the relief requested by Plaintiffs, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** in that Manuel G. Berrélez of the law firm Susman Godfrey LLP is admitted *pro hac vice* for purposes of representing Plaintiffs as co-counsel in this action.  Mr. Berrélez shall enter his appearance in accordance with the Rules of this Court.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE