AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAPITOL JUSTICE LLC, et al.,

        Plaintiff(s)  )
)  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER   1:07-cv-02095-RCL
WACHOVIA BANK, N.A.,  )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Alexander C. Vincent   as counsel in this
                              (Attorney's Name)

case for:   Plaintiffs Capitol Justice LLC and American Association for Justice
                   (Name of party or parties)

September 2, 2008
Date

*Alexander C. Vincent* (signature)
Signature

DC Bar No. 473459
BAR IDENTIFICATION

Alexander C. Vincent
Print Name

11921 Rockville Pike, Third Floor
Address

Rockville, Maryland  20852-2737
City      State      Zip Code

(301) 230-5200
Phone Number