IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAPITOL JUSTICE LLC, *et al.*,

        Plaintiffs,

        v.

WACHOVIA BANK,

        Defendant.

Civil Action No. 1:07-cv-02095-RCL

## ORDER

AND NOW, this 4th day of September, 2008, upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Drew D. Hansen, and related submissions by the parties, it appearing that this Motion is unopposed and that there is good cause for the relief requested by Plaintiffs, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** in that Drew D. Hansen of the law firm Susman Godfrey LLP is admitted *pro hac vice* for purposes of representing Plaintiffs as co-counsel in this action. Mr. Hansen shall enter his appearance in accordance with the Rules of this Court.

        SO ORDERED.

                                                _____/s/_____
                                                ROYCE C. LAMBERTH
                                                UNITED STATES DISTRICT JUDGE