IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WACHOVIA BANK,<br><br>　　　　　Defendant. | Civil Action No. 1:07-cv-02095-RCL |

## ORDER

AND NOW, this 4th day of September, 2008, upon consideration of Plaintiffs' Unopposed Motion for Admission *Pro Hac Vice* of Manuel G. Berrélez, and related submissions by the parties, it appearing that this Motion is unopposed and that there is good cause for the relief requested by Plaintiffs, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED** in that Manuel G. Berrélez of the law firm Susman Godfrey LLP is admitted *pro hac vice* for purposes of representing Plaintiffs as co-counsel in this action. Mr. Berrélez shall enter his appearance in accordance with the Rules of this Court.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE