AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAPITOL JUSTICE LLC, et al.

        Plaintiff(s)     )
                                     )    **APPEARANCE**

           vs.          )    CASE NUMBER    1:07-CV-02095-RCL
WACHOVIA CORPORATION, et al.  )

        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Stephen D. Susman__ as counsel in this
                                  (Attorney's Name)

case for: __Plaintiffs Capitol Justice LLC and American Association for Justice__
                         (Name of party or parties)

September 4, 2008
Date

*/s/ Susman*
Signature

Stephen D. Susman
Print Name

TX 19521000 (admitted pro hac vice)
BAR IDENTIFICATION

1000 Louisiana, Suite 5100
Address

Houston,  TX    77002
City        State        Zip Code

(713) 653-7801
Phone Number