AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CAPITOL JUSTICE LLC, et al.

        Plaintiff(s)           )    **APPEARANCE**

        vs.           )    CASE NUMBER   1:07-CV-02095-RCL

WACHOVIA CORPORATION, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Manuel G. Berrélez__ as counsel in this
                            (Attorney's Name)

case for: __Plaintiffs Capitol Justice LLC and American Association for Justice__
               (Name of party or parties)

September 5, 2008
Date

*(signature)*
Signature

Manuel G. Berrélez
Print Name

TX 24057760 (admitted pro hac vice)
BAR IDENTIFICATION

901 Main Street, Suite 5100
Address

Dallas      TX      75202
City      State      Zip Code

214-754-1913
Phone Number