**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CAPITOL JUSTICE LLC, *et al.*,

Plaintiffs,

v.

WACHOVIA BANK, N.A.,

Defendant.

Civil Action No. 1:07-cv-02095-RCL

**JOINT PROPOSED JURY QUESTIONNAIRE**

**JOINT PROPOSED JUROR QUESTIONNAIRE**

**JUROR NAME:** ______________________________ **JUROR #:** __________

1. Age: ______________________________

2. Sex: ______________________________

3. Race: ______________________________

4. Highest grade you completed in school: ______________________________

   a. If college or post graduate, please list any degrees received and area of study:

   ______________________________

   b. If 3 years of college or more, list major area of study:

   ______________________________

5. Which best represents your annual household income?

   a. ❑ $10-25,000 per year ❑ $25-50,000 per year

   ❑ $50-75,000 per year ❑ $75K+ per year

   b. Do you: ❑ Own ❑ Rent ❑ Live with parents/friends

6. Your current employer: (if not working, what & where was your last job):

   ______________________________

   a. What is your job title/duties: ______________________________

   ______________________________

   b. Type of business: ______________________________

   ______________________________

c. If retired, what was your job before retirement: ______________________________

________________________________________________________________

7. Marital Status: ________________________________________________________________

a. Spouse's/significant other's occupation: ______________________________________

________________________________________________________________

b. His/her education background: ____________________________________________

________________________________________________________________

c. Type of business: ________________________________________________________

________________________________________________________________

d. His/her job titles/duties: __________________________________________________

________________________________________________________________

8. Number of children and stepchildren and ages: ______________________________________

________________________________________________________________

a. Do your children live with you? __________________________________________

b. Children's occupations: __________________________________________________

________________________________________________________________

c. Parent's occupations (If retired or deceased, previous occupations): ____________

________________________________________________________________

9. Have you or a family member ever been a Plaintiff or Defendant in a lawsuit (Plaintiff = person filing the lawsuit, Defendant = person defending the lawsuit)?

a. YES or NO: ________________________________________________________________

b. If YES, what type of case? ______________________________

______________________________

______________________________

c. Plaintiff or Defendant: ______________________________

______________________________

10. Have you or anyone close to you ever filed a lawsuit or had a claim filed against you/them over contractual issues?

a. YES or NO: ______________________________

b. If yes, please explain: ______________________________

11. Ever served on a jury?

a. YES or NO: ______________________________

b. If YES, what was the case? ______________________________

______________________________

c. Civil or Criminal: ______________________________

d. Were you foreperson? ______________________________

12. Have you or a family member ever belonged to a union?

a. YES or NO: ______________________________

b. If YES, which one(s): ______________________________

______________________________

______________________________

13. Are you or any family member or close friend involved in work that principally involves banking, commercial lending, or commercial real estate?

a. YES or NO: ______________________________

b. If YES, please explain: ______________________________

______________________________

______________________________

14. Are you or any family member or close friend involved in work that principally involves the representation of plaintiffs in personal injury lawsuits?

a. YES or NO: ______________________________

b. If YES, please explain: ______________________________

______________________________

______________________________

15. Have you, a close friend or family member ever 1) owned a business of any size or 2) served as senior manager in a business with 10 or more employees?

a. YES or NO: ______________________________

b. If YES, who and what kind of business? ______________________________

______________________________

______________________________

16. What is your opinion of plaintiffs' trial lawyers? ______________________________

______________________________

______________________________

______________________________

17. What is your opinion of banks? ______________________________

________________________________________

________________________________________

________________________________________

18. Have you ever been involved in a deal with a signed contract containing a provision that it could be cancelled if circumstances changed?

a. YES or NO: ______________________________

19. If you believed someone breached a contract with you, would you file a lawsuit?

a. YES or NO: ______________________________

20. Have you, a close friend or family member ever banked or had a professional relationship with Wachovia or Wells Fargo?

a. YES or NO: ______________________________

b. Would you describe your overall experience as:

☐ Good ☐ Neutral ☐ Bad

21. Have you, a close friend or family member ever had a professional relationship with the American Association for Justice (AAJ) or the Association of Trial Lawyers of America (ATLA)?

a. YES or NO: ______________________________

b. Would you describe your overall experience as:

☐ Good ☐ Neutral ☐ Bad

22. Would you say your opinions of the ethics of people in business today are mostly negative or positive?

☐ Negative ☐ Positive ☐ Neutral

23. Have you, a close friend or family member ever been treated unfairly by a lender?

a. YES or NO: ______________________________________________

b. If yes, please explain who and how: ______________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

24. Have you, a close friend or family member ever been treated unfairly by lawyer?

a. YES or NO: ______________________________________________

b. If YES, please explain who and how: ______________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

25. Have you, a close friend or family member suffered substantial personal difficulties as a result of the economic events that the country has experienced over the past several years?

a. YES or NO: ______________________________________________

b. If YES, please explain who and how: ______________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

26. Please check the box that best describes your reaction to the statements below:

| | **Strongly agree** | **Somewhat agree** | **Somewhat disagree** | **Strongly disagree** | **No Opinion** |
|---|---|---|---|---|---|
| a. A lawsuit would not be filed unless the party being sued had done something wrong. | ❑ | ❑ | ❑ | ❑ | ❑ |
| b. People are too eager to file lawsuits today. | ❑ | ❑ | ❑ | ❑ | ❑ |

27. What newspapers, magazines or trade publications do you read?

______________________________________________

______________________________________________

______________________________________________

28. What radio or television programs do you listen to or watch most often, including news programs?

______________________________________________

______________________________________________

______________________________________________

29. Can you think of any reason why you cannot be a fair and impartial jury in this case?

a. YES or NO: ______________________________

b. If yes, please explain: ______________________________

______________________________________________

______________________________________________

______________________________________________