UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 9 2010

Clerk, U.S. District and
Bankruptcy Courts

*Capitol Justice LLC*

)
)
)
)
vs.                            )        Civil/Criminal No. *07-2095*
)
)
)
*Wachovia Corporation*         )

<u>NOTE FROM JURY</u>

*Are we able to get the deposition testimony of both Biderman and Gibb?*

Date:_ _____              _____
                                              FOREPERSON

Time:_____

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 9 2010

Clerk, U.S. District and
Bankruptcy Courts

|  |  |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE, <br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, N.A., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 07-2095 (RCL)

## NOTE TO JURY

**Note from Jury:** Are we able to get the deposition testimony of both Biderman and Gibb?

**Response:** No. Although portions of the deposition testimony of the named witnesses were used at trial in questioning the witnesses, the depositions themselves were not admitted into evidence and therefore cannot be provided.

12/9/10
_____
Date  3:05 p.m.

Royce C. Lamberth
_____
Royce C. Lamberth, Chief Judge