UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 9 2010

Clerk, U.S. District and
Bankruptcy Courts

Capitol Justice LLC

vs.

Wachovia Corporation

Civil/Criminal No. 07-2095

NOTE FROM JURY

We the Jury have no statement at this time.

Date: _____

Time: _____

FOREPERSON

CO-109A