UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Capitol Justice LLC                )
                                   )
                                   )
              vs.                  )   Civil/Criminal No. 07-2095
                                   )
                                   )
Wachovia Corporation               )

NOTE FROM JURY

Are we able to obtain the court records of the dialogue presented in this trial from the testimony of the witnesses?

Date: _____

_____ FOREPERSON

Time: _____

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE, <br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, N.A., <br> Defendant. | Civil Action No. 07-2095 (RCL) |

## NOTE TO JURY

**Note from Jury:** Are we able to obtain the court records of the dialogue presented in this trial from the testimony of the witnesses?

**Response:** No. You will have to rely on your own memory and recollection of the testimony of the witnesses who appeared at trial. If you are seeking specific witness testimony, it can be made available, but there will be some delay in producing it.

12/10/10
Date
10:50 a.m.

Royce C. Lamberth, Chief Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAPITOL JUSTICE LLC

vs.

WACHOVIA CORPORATION

Civil/Criminal No. 07-2095

## NOTE FROM JURY

Are we able to get the in-court transcripts of the testimony of the witnesses?

Date: _____

Time: _____

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAPITOL JUSTICE LLC )
)
)
)
vs. ) Civil/Criminal No. 07-2095
)
)
WACHOVIA CORPORATION )

NOTE FROM JURY

If at all possible, are we able to obtain the court room testimonies of both Sandor Biderman and John Gibb. Thank You

Date:_____        _____
                                    FOREPERSON

Time:_____

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL JUSTICE LLC and AMERICAN ASSOCIATION FOR JUSTICE, <br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, N.A., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2095 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTE TO JURY

**Note from Jury:** If at all possible, are we able to obtain the courtroom testimonies of both Sandor Biderman and John Gibb. Thank you.

**Response:** Yes. The transcripts will be available for you on Monday morning.

12/10/10
4:25 p.m.
Date

Royce C. Lamberth, Chief Judge