UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 14 2010

Clerk, U.S. District and
Bankruptcy Courts

Capitol Justice LLC

vs.

Wachovia Corporation

Civil/Criminal No. 07-2095

## NOTE FROM JURY

Juror #2 has a job interview that was previously scheduled for 12/15 @ 3:00 pm. I would very much like the court's indulgence to attend as the upcoming Christmas holiday will prevent me from attending due to the unavailability of most people.

Thank you for your consideration of this request.

Sincerely,
Juror #2

Date: 12/14/10

FOREPERSON

Time: 9:10 AM

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 4 2010

Clerk, U.S. District and Bankruptcy Courts

Capitol Justice LLC et al
)
)
)
)
vs.   )   Civil/Criminal No. 07-2095
)
)
Wachovia Corporation et al )

NOTE FROM JURY

As of today, December 14, 2010, we are still in deliberation pertaining to this breach of contract dispute. It is our intent to resume deliberation tomorrow morning, December 15, 2010. Thank You

Date: 12/14/10

Time: 4:16 pm

FOREPERSON

CO-109A